# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WILLIAM JACK BAXTER, et al.**     ) | |
| ) | |
|           **Plaintiffs,**     ) | |
| ) | Civil Action No. 11-02133 (RCL) |
|    v.          ) | |
| ) | |
| **ISLAMIC REPUBLIC OF IRAN, et al.**   ) | |
| ) | |
|           **Defendants.**    ) | |

**DECLARATION OF DR. MATTHEW LEVITT**

## I.  Scope of Engagement

I have been asked to provide expert opinion on the following issues and their implications for this case:

- Iran's financial and material support of Hamas;
- The importance of Iranian support for Hamas operations;
- The purpose of Hamas attacks;

## II. Qualifications

My qualifications as a noted expert in international terrorism, with a focus on Middle East terrorist groups and particular expertise in their logistical and financial support networks, are based on a multidisciplinary combination of my academic education, professional training and experience.

I am a United States citizen, residing in the Washington, D.C. area.  I hold both a Masters of Law and Diplomacy (MALD) and a Ph.D. in International Relations from The Fletcher School of Law and Diplomacy at Tufts University.  The Fletcher School, a member of the Association of Professional Schools of International Affairs and one of the preeminent graduate programs in international affairs in the United States, is renowned for its interdisciplinary curriculum and approach to international studies.

My Masters degree included concentrations in Conflict Resolution, International Security Studies, and the Middle East.  My doctoral dissertation entitled "The Impact of Acute Security Crises on the Process of Ongoing Negotiations," examines the impact of terrorism on the Arab-Israeli peace process.  The dissertation examines acts of terrorism carried out by both Islamic and Jewish terrorists.  I was awarded several fellowships and grants in support of this research, including a graduate research fellowship from the Program on Negotiation at Harvard Law School.  While at Harvard I conducted extensive field research in the West Bank and Gaza

1

Strip.  In a letter supporting my application for funding for my doctoral work, an assistant director of the FBI described the project as one that "will be of great benefit to the FBI and the U.S. Intelligence Community (USIC)."

Prior to joining the Washington Institute, I served as a counterterrorism intelligence analyst with the Federal Bureau of Investigation (FBI) providing tactical and strategic analysis in support of counterterrorism operations. There I developed a special focus on fundraising and logistical support networks for Middle East terrorist groups. In addition, I participated as a team member in a number of crisis situations, including the terrorist threat surrounding the turn of the millennium and the September 11 attacks.  In my official capacity as a U.S. government intelligence analyst, I researched and analyzed trends and patterns of international terrorist groups, produced written products and oral presentations for FBI management, FBI field agents and other agencies, and liaised with U.S. intelligence community counterparts, other U.S. government agencies, and foreign services.  I received extensive training and developed particular expertise in the analysis of material collected through investigations and the synthesis and further analysis of this material together with other sources of information provided by other agencies, open source information, and more.  In this capacity I also made several trips to the Middle East.  Indicative of my expertise, I earned three letters of commendation for my analytical contributions to FBI counterterrorism operations, as well as five awards in recognition of superior service rendered to the FBI.

In November 2001 I joined The Washington Institute for Near East Policy as a Senior Fellow in Terrorism Studies.  Founded in 1985, The Washington Institute seeks to "advance a balanced and realistic understanding of American interests in the Middle East" by bringing "scholarship to bear on the making of U.S. policy in this vital region of the world."  The Institute's Board of Advisors includes several former Secretaries of State, a former Director of Central Intelligence, and other former senior government officials and diplomats.  The Washington Institute holds annual conferences and periodic policy forums, hosts blue-ribbon presidential study groups, and publishes scholarly research.

From November 2005 through January 2007 I served as Deputy Assistant Secretary for Intelligence and Analysis in the United States Department of the Treasury.  In that capacity, I served both as a senior official within the department's terrorism and financial intelligence branch and as deputy chief of the Office of Intelligence and Analysis, one of sixteen U.S. intelligence agencies coordinated under the Office of the Director of National Intelligence. During my tenure at Treasury, I was at the center of the government's efforts to protect the U.S. financial system from abuse and to deny terrorists, weapons proliferators, and other rogue actors the ability to finance threats to U.S. national security.  In recognition of exceptional service to the department, in January 2007 I was awarded the Treasury Department's "Exceptional Service Award."  In 2008-2009 I also served as an advisor on counterterrorism and intelligence for the U.S. State Department's Special Envoy Middle East Regional Security (SEMERS) whose

mission was to help achieve the Secretary of State's vision of resolving the Israeli-Palestinian conflict through two states living side by side in peace and security.

In February 2007 I returned to the Washington Institute, where I am a Senior Fellow and Director of the since renamed Stein Program on Counterterrorism and Intelligence. In this capacity, I am frequently sought after as an analyst and commentator on terrorism issues for major media outlets including CNN, ABC, NBC, CBS, PBS, The New York Times, The Washington Post, The Wall Street Journal, National Public Radio, BBC, al Jazeera, al Arabiya, and more. I have lectured and consulted on terrorism for a variety of government and other organizations, including the U.S. Departments of State, Homeland Security and Justice, the Commission on Terrorist Attacks Upon the United States (9-11 Commission), the Financial Transactions Reports Analysis Centre of Canada (FINTRAC), the Canadian Security and Intelligence Service, Department of Justice Canada, and others, and write frequent policy briefs and articles on issues relating to terrorism and U.S. policy. I have also taught as a Professorial Lecturer in International Relations and Strategic Studies at Johns Hopkins University's School of Advanced International Studies (SAIS). Along with a collection of journal articles and edited volumes, I am also the author of *Targeting Terror* (Washington Institute, 2002), *Hamas: Politics, Charity and Terrorism in the Service of Jihad* (Yale University Press, 2006), *Negotiating under Fire: Preserving Peace Talks in the Face of Terror Attacks* (Rowman & Littlefield, 2008) and *Hezbollah: The Global Footprint of Lebanon's Party of God* (Georgetown University Press, 2013).

I have developed particular expertise on the terrorist group Hamas and on Iranian state sponsorship of terrorism, as evidenced from the many publications I have written on these subjects, from newspaper editorials and peer reviewed journal articles to Congressional and court testimonies and a book published by Yale University Press. In the words of Ambassador Daniel Benjamin, a National Security Council official in the Clinton administration and the State Department's Counterterrorism Coordinator in the Obama administration, "Matthew Levitt is undoubtedly one of the world's foremost experts on Hamas and an outstanding commentator on terrorism in general. I read everything he writes, and I have a very high regard for his work."[1]

At the Institute my work includes the study of Middle Eastern terrorist groups, front organizations and state sponsors, the logistical and financial support networks that facilitate their activities, and the extremist and militant ideologies that drive their recruitment and radicalization efforts. In my efforts to study and understand terrorism and militant Islamist ideology I interview experts, officials, academics and others with insight into these issues, both in the United States and Europe and in the Middle East. I engage in private, personal meetings, public conferences, group discussions, and talks that are both on and off the record. I travel to the Middle East regularly, including trips to the Palestinian territories, Israel, Jordan, Egypt, Bahrain, Kuwait, Qatar, the UAE and Turkey. I also attend conferences and academic and professional lectures, and read books, newspapers, academic and policy journals, and research these materials on the internet (including the websites, video and audio clips and images on sites geared towards counterterrorism and those of terrorist groups and their sympathizers as well). These are the

---

[1] https://www.amazon.com/Hamas-Politics-Charity-Terrorism-Service/dp/0300122586

standard sources and methods in the academic and policy communities for developing the kind of specialized knowledge and expertise I have accumulated – and for which I have been awarded and commended – in my field. Indeed, the Sixth Circuit has described my research methodology as "the gold standard."[2] And, in a watershed ruling upholding the constitutionality of the material support statue §2339B, the Supreme Court of the United States cited my work twice to support its position.[3]

In the case of Hamas, a group whose attacks primarily target Israel, it should not surprise that a significant amount of information on the group comes from Israeli law enforcement and security agencies. Some have questions the legality of using such information in U.S. court proceedings, but U.S. courts have ruled that the Israeli Government has abided by its obligations under the 1998, "Treaty Between the Government of the United States of America and the Government of the State of Israel on Mutual Assistance in Criminal Matters," and that Israeli evidence provided to U.S. courts can be properly authenticated and would be admissible.[4]

Much like the terrorism evidence provided by the Government of Israel to U.S. courts, declassified information on terrorism released by the Israeli intelligence agencies has sufficient merit to be relied upon and fellow practitioners in my field routinely rely on these sources. In particular, over the course of the Second Intifada Israeli authorities raided Palestinian Authority and Hamas offices and institutions, often making public documents collected during these raids. Some have questioned the authenticity of these documents, but Ambassador Francis X. Taylor, then-State Department coordinator for counterterrorism, made the U.S. government's position on this clear on May 21, 2002: "We don't have any question about the authenticity of the documents provided by the Israeli Government."[5] Noting the "credible evidence" Israelis authorities uncovered in *Operation Defensive Shield*, New York Congressman Benjamin Gilman stated for the record that "the authenticity of this evidence is confirmed by U.S. counterterrorism authorities."[6] Indeed, the State Department's 2003 terrorist report concluded that "Documents seized by the Israelis and information gleaned from the interrogation of arrested al-Aqsa

---

[2]    See    Sixth    Circuit    Court    of    Appeals    ruling    in    US    v.    Damrah,    at http://ftp.resource.org/courts.gov/c/F3/412/412.F3d.618.04-4216.html

[3]    See    SCOTUS    opinion    in    Humanitarian    Law    Project    et    al    v.    Holder    et    al,    Pp25-26,    at http://www.supremecourt.gov/opinions/09pdf/08-1498.pdf

[4] See for example, UNITED STATES of America, Plaintiff, v. Rasmieh ODEH, Defendant. United States District Court, E.D. Michigan, Southern Division. No. 13–cr–20772. | Signed Oct. 27, 2014. 2014 WL 5473042, and UNITED STATES of America, Plaintiff, v. Mousa Mohammed Abu MARZOOK, Muhammad Hamid Khalil Salah, and Abdelhaleem Hasan Abdelraziq Ashqar, Defendants. No. 03 CR 978. United States District Court, N.D. Illinois, Eastern Division. June 8, 2006.

[5] "State's Taylor Summarizes Annual Global Terrorism Report," *Washington File*, U.S. Department of State International Information Programs, May 21, 2002, http://www.usinfo.state.gov/topical/pol/terror/02052105.htm

[6] Statement by Senator Benjamin A. Gilman, House International Relations Subcommittee on the Middle East and South Asia, July 11, 2002. A number of other Members of Congress Echoed Sen. Gilman's sentiments in the course of the hearing.

members indicate that Palestinian Authority (PA) and Fatah members, including Chairman Yasir Arafat, made payments to al-Aqsa members known to have been involved in violence against Israelis."[7]

Perhaps even more telling than the official U.S. government response was the on-camera reaction of a Palestinian Islamic Jihad (PIJ) operative when he found out documents seized in *Operation Defensive Shield* revealed his cooperation with PA security services. In an interview with *60 Minutes*, Haj Ali Safuri, a senior PIJ terrorist in Israeli custody, inadvertently verified their authenticity. Upon hearing himself described in Palestinian Authority documents as a prominent terrorist leader who had engineered at least ten suicide attacks, Safuri's only response was to ask, "Truthfully, I mean, how did you get this from the Palestinian Authority? These are secret documents. They are not supposed to be disclosed."[8]

Compiling information from a wide variety of sources, I study and evaluate the information and data I collect, and write about and lecture on my findings. I engage in regular discussions with other experts both to compare notes and as a means of affording myself an ongoing process of peer-review and fact-checking. In the case of my research on Hamas and the support it has received from Iran, much of the material When providing expert testimony in criminal court cases, I also review evidence provided by the prosecution.

In addition to my work at the Institute, I use my specialized expertise to teach and consult, both for the U.S., and other governments and private sector firms). I was a member of the Council on Foreign Relations' task force on terrorist financing, and am a member of the international advisory boards for the Institute for Counter-terrorism (ICT) in Israel and the International Centre for Political Violence & Terrorism Research (ICPVTR) in Singapore. I served as a CTC Fellow at the Combating Terrorism Center (CTC) at U.S. Military Academy (West Point), a currently hold a senior fellowship at The George Washington University's Homeland Security Policy Institute. I am a life member of The Council on Foreign Relations.

The awards and honors I have received include:

• Exceptional Service Award, U.S. Department of the Treasury, January 2007;

• Certificate of Appreciation, United States Central Command Directorate of intelligence, February 2006;

• Selected by CNN as one of "The 2005 New Guard: Washington's Next Generation of Newsmakers," April 2005;

---

[7] U.S. Department of State, "Patterns of Global Terrorism 2002," April 30, 2003, available at http://www.state.gov/s/ct/rls/crt/2002/html/index.htm.
[8] Interview conducted by Lesley Stahl as part of "The Arafat Papers," a segment on 60 Minutes, Central Broadcasting System, September 29, 2002; a partial transcript of the program was posted online by Independent Media Review Analysis at www.imra.org.il/story.php3?id=1388

• European Union Visitors Program (EUVP), 2005;

• Visiting Scholar, Security Studies Department, the Paul H. Nitze School of Advanced International Studies (SAIS), Johns Hopkins University, March 2003;

• U.S. Department of State Speaker and Specialist Grant (2), April 2002 (lectures in Lithuania), and January 2003 (lectures in Austria);

• Letters of Commendation from Deputy Assistant Director (3), Federal Bureau of Investigation, July 2000, August 2000, July 2001;

• Performance Awards (2), Federal Bureau of Investigation, December 1999, November 2000;

• Special Act or Service Award, Federal Bureau of Investigation, September 1999;

• Graduate Research Fellow, The Program On Negotiation at Harvard Law School, 1997-1998;

• International Security Studies Fellow, International Security Studies Ph.D. Dissertation Fellowship, the Fletcher School of Law and Diplomacy, 1996-1997;

• International Security Studies Program Graduate Student Research Grant on the Emerging Issues of Ethnic, Sectarian, and Religious Conflict, William H. Donner Foundation, 1996;

• Doctoral Scholarship, the Fletcher School of Law and Diplomacy, 1995-1996;

• Sarah Scaife Frank Rockwell Barnett Memorial Grant in International Security Studies, The Fletcher School of Law and Diplomacy, 1994 and 1996

    In addition to my work at the Institute, I use my specialized expertise to teach and consult, both for the U.S., and other governments and private sector firms). I was a member of the Council on Foreign Relations' task force on terrorist financing, and am a member of the international advisory boards for the Institute for Counter-terrorism (ICT) in Israel and the International Centre for Political Violence & Terrorism Research (ICPVTR) in Singapore. I served as a CTC Fellow at the Combating Terrorism Center (CTC) at U.S. Military Academy (West Point), a currently hold a senior fellowship at The George Washington University's Homeland Security Policy Institute. I am a life member of The Council on Foreign Relations.

6

I am frequently called upon to testify before the United States Senate and House of Representatives as an expert on international terrorism, militant Islam, and terrorist financing. I have been qualified as an expert witness and provided expert testimony in many U.S. federal court proceedings and have testified as an expert in several terrorism-related immigration cases in the U.S. and Canada, as well as in terrorism-related cases in France and Denmark. At the request of a Swedish prosecutor, I provided an expert report in a terrorism-related case in Sweden as well. Many of these cases involved Hamas and/or Iran.

I am widely published, including *Hamas: Politics, Charity and Terrorism in the Service of Jihad* (New Haven: Yale University Press, 2006); *Negotiating Under Fire: Preserving Peace Talks in the Face of Terror Attacks* (Lanham, MD: Rowman & Littlefield, 2008); and *Hezbollah: The Global Footprint of Lebanon's 'Party of God'* (Washington, DC: Georgetown University Press and Hurst Publishers, 2013). A full list of my books, monographs, journal articles, editorials, and policy briefs is available in my professional C.V.

## III. Iran's Financial and Material Support for Hamas

Hamas has historically received significant financial and other support – especially training – from Iran, described by the CIA as "the foremost state sponsor of terrorism."[9] This was especially true during the Second Palestinian Intifada (September 2000-February 2004), which saw a sharp spike in acts of Palestinian terrorism, mostly by groups supported by Iran. Indeed, there is general unanimity on this assessment. Then-British Prime Minister Tony Blair concluded in 2005 that Iran "certainly does sponsor terrorism. There is no doubt about that at all."[10] Palestinian scholar Ziad Abu-Amr concurs, noting that "Iran also provides logistical support to Hamas and military training to its members."[11] And according to Canadian intelligence, "Hamas has training camps in Iran, Lebanon, and Sudan. Hamas camps in Lebanon are said to be under Iranian supervision."[12]

While estimates of Iran's financial assistance to Hamas vary, there is consensus that the sum has been significant. According to Israeli estimates, Iran contributed around $3 million a year in direct aid to Hamas as of 2003.[13] Canadian intelligence cites assessments that Iran has transferred somewhere between $3 million to $18 million a year to Hamas. According to the CSIS report, "in February 1999, it was reported that Palestinian police had discovered documents that attest to the transfer of $35 million to Hamas from the Iranian Intelligence Service (MOIS), money reportedly meant to finance terrorist activities against Israeli targets."[14] Palestinian

---

[9] George Tenet, "External Threats to U.S. National Security," Testimony before the Senate Select Committee on Intelligence, February 6, 2002

[10] "Blair Says Iran Must Not Hinder Peace in Middle East," AP, February 8, 2005

[11] Ziad Abu-Amr, *Islamic Fundamentalism in the West Bank and Gaza: Muslim Brotherhood and Islamic Jihad* (Bloomington, IN: Indiana University Press, 1994), p. 88

[12] "Terrorist Group Profiler," Canadian Secret Intelligence Service (CSIS), June 2002, Author's personal files; See also Stewart Bell, "Hamas May Have Chemical Weapons: CSIS Report Says Terror Group May be Experimenting," *National Post* (Canada), December 10, 2003

[13] "The Financial Sources of the Hamas Terror Organization," Israel Foreign Ministry, July 30, 2003 http://www.israel-mfa.gov.il/mfa/go.asp?MFAH0nmu0

[14] "Terrorist Group Profiler," Canadian Secret Intelligence Service (CSIS), June 2002, Author's personal files; See also Stewart Bell, "Hamas May Have Chemical Weapons: CSIS Report Says Terror Group May be Experimenting,"

sources estimate Iranian assistance to Hamas "at tens of millions of dollars."[15]   According to experts testifying in the case of *Diana Campuzano et al v. The Islamic Republic of Iran,* Iranian financial support to Hamas in 1995 totaled $30 million and ranged from $20 million to $50 million annually between 1990 and 2000.[16]   According to expert testimony in another case involving a Hamas attack and Iranian support for Hamas, *Susan Weinstein et al v. The Islamic Republic of Iran et al,* "the Islamic Republic of Iran gave the organization at least $25-50 million in 1995 and 1996, and also provided other groups with tens of millions of dollars to engage in terrorist activities.   In total, Iran gave terrorist organizations, including Hamas and others, between $100 and $200 million per year during this period."[17]

Whatever the specific sum, it surely fluctuates given circumstances on the ground.   For example, Iran is known to employ a performance-based approach to determining the level of funding it is willing to provide terrorist groups.   As a U.S. court noted in *Weinstein v. Iran,* the period of 1995-1996 "was a peak period for Iranian economic support of Hamas because Iran typically paid for results, and Hamas was providing results by committing numerous bus bombings such as the one on February 25, 1996."[18]   Iran's policy of increasing funding to terrorist groups like Hamas when they carry out successful attacks is also evident from its interactions with Palestinian Islamic Jihad.   Until Palestinian officials released Islamic Jihad bomb makers and terrorist recruiters from their jails in 2000 and 2001 (following the collapse of Israeli-Palestinian peace talks), Islamic Jihad had failed to carry out a successful, quality attack in a long time.   Almost every plot failed, either due to incompetence or successful counterterrorism operations.   Once their key operatives were released from jail, however, Islamic Jihad terrorist activity soon picked up sharply.   In early June 2002, Iran's Ayatollah Ali Khamene'i met with Islamic Jihad leader Ramadan Shallah on the sidelines of a Tehran conference convened in support of the Palestinian Intifada.   Khamene'i pledged to separate Iran's funding for Islamic Jihad from that of Hezbollah and to increase its funding by 70 percent "to cover the expense of recruiting young Palestinians for suicide operations."[19]   U.S. officials, having affirmed that Islamic Jihad is "financed and directed by Iran," also noted that, in the period following the onset of violence in September 2000, Tehran instituted an incentive system

*National Post* (Canada), December 10, 2003

[15] Ziad Abu-Amr, *Islamic Fundamentalism in the West Bank and Gaza: Muslim Brotherhood and Islamic Jihad* (Bloomington, IN: Indiana University Press, 1994), p. 88

[16] *Diana Campuzano et al v. The Islamic Republic of Iran,* United States District Court for the District of Columbia, Civi Action No.: 00-2328 (RMU), January 2003

[17] See Testimony of Patrick Clawson and Reuven Paz in *Susan Weinstein et al v. The Islamic Republic of Iran et al,* United States District Court for the District of Columbia, Civil Action No. 00-2601 (RCL), February 6, 2002. Some estimates are much higher. According to court documents in the case of *Leonard Eisenfeld, et al v. The Islamic Republic of Iran, et al,* "Hamas acknowledges support from Iran in the amount of $15,000,000 per month, funds which support both terrorism and a broad range of welfare activities as part of its program. See *Leonard Eisenfeld, et al v. The Islamic Republic of Iran, et al,* Civ. United States District Court for the District of Columbia, No. 98-1945 (RCL), 2000

[18] *Susan Weinstein et al v. The Islamic Republic of Iran et al,* United States District Court for the District of Columbia, Civil Action No. 00-2601 (RCL), February 6, 2002

[19] Ali Nouri Zadeh, "Islamic Jihad, Hamas, and the Palestinian Authority Meet in Iran," *al-Sharq al-Awsat* (London), June 8, 2002

in which millions of dollars in cash bonuses are conferred to the organization for successful attacks.[20]

U.S. officials contend that, shortly after Palestinian violence erupted in September 2000, Iran assigned Imad Mughniyeh, Hezbollah's international operations commander, to help Palestinian militant groups, specifically Hamas and PIJ.[21]  Mughniyeh features prominently on the FBI list of most wanted terrorists, and is the subject of a sealed U.S. indictment for his role in the 1985 TWA hijacking.  According to a former Clinton administration official, "Mughniyeh got orders from Tehran to work with Hamas."[22]  In fact, in the March 27, 2002, "Passover massacre" suicide bombing, Hamas relied on the guidance of a Hezbollah expert to build an extra-potent bomb.[23]

Iranian funding sent to Hamas and other Palestinian terrorist groups through Lebanese Hezbollah increased just around the time Coalition forces deposed Iraq's Saddam Hussein, drying up the generous Iraqi grants to families of Palestinians killed, wounded or jailed in the course of attacking Israelis.  Zeev Schiff, a highly respected and authoritative reporter, wrote in May 2004 that "Intelligence information also suggests that Iran is passing over millions of dollars to Palestinians via Hezbollah contacts.  Iran, in effect, is a replacement for former Iraqi leader Saddam Hussein, who subsidized families of Palestinian suicide bombers or those injured in the fighting.  In the [Palestinian] territories, the funding is being managed by various Islamic welfare organizations."[24]

Protective of its operational independence, Hamas has at times been reticent to accept too much money from Iran for fear of being bound to the expectations and instructions of Tehran's Ayatollahs.  Unlike Hezbollah and Palestinian Islamic Jihad, Iranian proxy groups heavily funded by Tehran and subordinate to Iranian dictates, Hamas has jealously guarded its independence.  But the increase in Iranian funding for Hamas in May 2004 not only coincided with the removal of the Baathist regime in Iraq, it also came just weeks after the assassination of Hamas leader Abdel Aziz al-Rantissi.  Rantissi's death—itself coming on the heels of the assassination of Hamas leader Sheikh Ahmed Yassin—made Hamas look weak and left the organization with no clear leadership.  In Damascus, Hamas leader Khaled Mishal reportedly sought increased funding from Iran and a direct channel to Iranian Revolutionary Guards Corp (IRGC) in an effort to contain the impact of the loss of Yassin and Rantisi and reinvigorate Hamas operational cells.

More often than not, Iranian financing is operational in nature, not part of the group's social welfare, or *dawa*, infrastructure.  According to a December 2000 Palestinian intelligence

---

[20] Douglas Frantz and James Risen, "A Secret Iran-Arafat Connection Is Seen Fueling the Mideast Fire," *New York Times*, March 24, 2002

[21] Douglas Frantz and James Risen, "A Secret Iran-Arafat Connection is Seen Fueling the Mideast Fire," The New York Times, March 24, 2002.

[22] Douglas Frantz and James Risen, "A Secret Iran-Arafat Connection is Seen Fueling the Mideast Fire," The New York Times, March 24, 2002.

[23] Molly Moore and John Ward Anderson, "Suicide Bombers Change Mideast's Military Balance," Washington Post, August 17, 2002.

[24] Zeev Schiff, "Iran and Hezbollah Trying to Undermine Renewed Peace Efforts," *Haaretz*, May 12, 2004

report confiscated by Israeli authorities, Iran had transferred $400,000 directly to Hamas's Qassam Brigades to specifically support "the Hamas military arm in Israel and encouraging suicide operations," and another $700,000 to Islamic organizations opposed to the PA.[25] According to a former Jordanian prime minister, "grassroots fundraising is really not enough for big Hamas operations.  Most of the support [for such operations] is from Iran.  Iran's money is more influential."[26]  A senior Fatah official and member of the Palestinian Legislative Council offered a similar assessment, saying that while "some of Tehran's money over the past three years [2001-2004] may go to supporting health and humanitarian services in Gaza," the bottom line is that the "money from Tehran that goes to Hamas is for the political leaders of Hamas and for the bombings, not for the Palestinians."  Iran, the official stressed, "is not really interested in the Palestinian cause."  Indeed, "the Palestinian agenda and the creation of a Palestinian state in not in Iran's interests."[27]

Palestinian leaders have good reason to resent Iranian influence and pressure on radical Palestinian groups.  A confiscated Palestinian document reports on a May 19, 2000 meeting between the Iranian ambassador and Hamas, Islamic Jihad, and Hezbollah at the Iranian Embassy in Damascus.  According to the report, "during the meeting the Iranian ambassador demanded that the above-mentioned persons carry out military operations in Palestine without taking responsibility for these operations."[28]  According to another Palestinian intelligence document dated October 31, 2001, officials from Hamas, Islamic Jihad and Hezbollah had been meeting in Damascus "in an attempt to increase the joint activity inside [i.e. in Israel, the West Bank and Gaza] with financial aid from Iran."  The meeting was held "after an Iranian message had been transferred to the Hamas and Islamic Jihad leaderships, according to which they must not allow a calming down [of the situation] at this period."  The Iranian funds, the report added, were to be transferred by Hezbollah.[29]  Not surprisingly, U.S. courts have concluded that "Iran provides ongoing terrorist training and economic assistance to Hamas," and found that Iran has "provided material support and resources to Hamas and its operatives, for the specific purpose of carrying out acts of extrajudicial killing."[30]

Jordan's King Abdullah II highlighted one such Iranian funded operation when he visited President Bush on February 1, 2002.  The King reportedly presented the president with evidence that Iran had sponsored no fewer than seventeen attempts to launch rockets and mortars at Israeli targets from Jordanian soil.[31]  This was, according to the king, an Iranian plot aimed at

---

[25] "Iran as a State Sponsoring and Operating Terror," Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies, Israel, April 2003, available online at http://www.intelligence.org.il/eng/iran.htm

[26] Author interview with Abdel-Elah Al-Khatib, Amman, Jordan, November 10, 2004

[27] Author interview with Hatem Abd al-Qader, East Jerusalem, Israel, November 17, 2004

[28] "Iran as a State Sponsoring and Operating Terror," Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies, Israel, April 2003, available online at http://www.intelligence.org.il/eng/iran.htm

[29] "Iran and Syria as Strategic Support for Palestinian Terrorism," (Report based on the interrogations of arrested Palestinian terrorists and captured Palestinian Authority documents), Israel Defense Forces, Military Intelligence, September 2002, available online at http://www.intelligence.org.il/eng

[30] *Diana Campuzano et al v. The Islamic Republic of Iran,* United States District Court for the District of Columbia, Civi Action No.: 00-2328 (RMU), January 2003

[31] Daniel Sobelman, "Jordan Uncovers Iranian Plan to Initiate Attacks on Israel," *Ha'aretz* (Tel Aviv), February 5, 2002.

undermining the Jordanian regime and opening a new front against Israel. Detained Hezbollah, Hamas, and PIJ terrorists had apparently admitted to having been trained, armed, and funded by Iranian instructors at Hezbollah camps in Lebanon's Beka'a Valley. This story was raised in passing at a hearing of the House International Relations Committee on February 6, 2002, when Representative Benjamin Gilman asked Secretary of State Colin Powell to respond to the above reports.[32] Powell replied that the United States was taking the issue seriously: "We are going to make sure that the Iranians understand that this is inappropriate and that there are consequences to bear . . . We're using the channels that are available to us to bring pressure on the Iranians."[33] In light of the exposure of Iranian-funded Hamas operations on Jordanian soil, it is understandable that a senior Jordanian diplomat conceded being "nervous about Hamas in Jordan" and concerned about the "dirty game" being played by Iran. "Iran plays an indirect role in Jordan," the official said, "mainly through Lebanon. And of course Iran influences Hamas." This is a particular problem, he noted, because the large percentage of ethnic Palestinian Jordanians with strong familial ties and historical roots to the West Bank and Gaza means that "if someone sneezes in Gaza, we get the flu here [in Jordan]."[34]

Iranian involvement in the *Karine-A* weapons smuggling ship – intercepted by the Israeli Navy in the Red Sea in January 2003 – is well documented. The White House described evidence of Iran's role in the *Karine-A* incident as "compelling," a conclusion echoed in the statements of Director of Central Intelligence Tenet, senior State Department officials, and European officials. Speaking before the European Parliament in Strasbourg in February 2002, European Union head of foreign affairs Javier Solana described the *Karine-A* as "the link between Iran and the PA."[35]

The *Karine-A* episode stood out not only due to the magnitude and audacity of the quantity of arms Iran attempted to smuggle (more than fifty tons of weapons valued at over $2 million were destined for Palestinian militants in this one plot), but due to the quality of these weapons as well. The weapons seized aboard the *Karine-A* have been described as "force multiplier weapons systems" that would have drastically shifted the balance of power between Israeli forces and Palestinian militant groups. The weapons included 107 and 122 mm rockets and launchers with ranges of up to twenty kilometers, antitank launchers and 120 mm mortars and mortar bombs, antipersonnel mines, small arms and ammunition, and more. Some of these arms still bore serial number markings revealing they were produced in Iran in 2001, including PG-7 Tandem and PG-7 Nader antitank rockets, and YM3 antitank and YM1 antipersonnel mines. While carried out by Hezbollah, the entire operation was financed by Iran.[36]

---

[32] *The President's International Affairs Budget for FY 2003: Hearing before the Committee on International Relations, House of Representatives,* 107th Cong., 2nd sess., February 6, 2002. Available online (http://commdocs.house.gov/committees/intlrel/hfa77532.000/hfa77532_0f.htm).

[33] *The President's International Affairs Budget for FY 2003: Hearing before the Committee on International Relations, House of Representatives,* 107th Cong., 2nd sess., February 6, 2002. Available online (http://commdocs.house.gov/committees/intlrel/hfa77532.000/hfa77532_0f.htm).

[34] Author interview with Ali al-Ayed, Jordanian Foreign Ministry, Amman, Jordan, November 10, 2004

[35] Sharon Sadeh, "EU Says *Karine-A* Affair Changed Mideast Conflict," *Ha'aretz* (Tel Aviv), February 7, 2002.

[36] "Iran and Syria as Strategic Support for Palestinian Terrorism," (Report based on the interrogations of arrested Palestinian terrorists and captured Palestinian Authority documents), Israel Defense Forces, Military Intelligence, September 2002, available online at http://www.intelligence.org.il/eng

While by far the biggest smuggling plot Iran funded, the *Karine-A* is by no means the only one. Hezbollah and the PFLP-GC were both involved in other maritime smuggling efforts involving the Santorini and the Calipso-2, which between them made three successful smuggling runs to Gaza and the Egyptian Sinai -- in November 2000 and twice in April 2001-- before a fourth attempt was thwarted by the Israeli Navy in May 2001.[37] In May 2003 the Israeli Navy intercepted the *Abu Hassan*, a fishing vessel on which Hezbollah was attempting to smuggle to Palestinian militants 36 CD-ROM's featuring bomb making instructions, detonators, and a radio activation system compatible with rockets, suicide bombs, and remote-controlled explosives. The commandos also captured Hamad Abu Amar, a Hezbollah explosives expert, on board the boat.[38]

As part of its agenda to undermine prospects for Israeli-Palestinian peace, target Israel, and challenge the West, Iran actively trains Palestinian terrorist recruits, both directly and through Hezbollah, its primary terrorist proxy. Perhaps the best known case is that of Hassan Salamah, the Hamas commander who was the mastermind behind the string of suicide bus bombing carried out by Hamas in February and March 1996. Both in his statements to Israeli police and an interview on CBS's "*60 Minutes*," Salamah noted that after undergoing ideological indoctrination training in Sudan he was sent to Syria and from there transported to Iran on an Iranian aircraft to a base near Tehran. Osama Hamdan, Hamas's representative to Iran at the time, met Salamah in Tehran, after which Salamah underwent three months of military training at the hands of Iranian trainers. With the help of a translator (Salamah did not speak Farsi and his trainers did not speak Arabic well), Salamah was trained to use explosives, automatic weapons, hand grenades, shoulder-fired missiles, ambush techniques, how to deactivate land mines and extract their explosive material, and how to build trigger mechanisms for bombs. By his own statement, Salamah received all his military training in Iran.[39]

Iran also runs terrorist training camps of its own in Lebanon, aside from the Iranian-funded camps Hezbollah operates there. In August 2002, Tehran was reported to have financed camps under General Ali Reza Tamzar, commander of Islamic Revolutionary Guard Corps (IRGC) activity in Lebanon's Beka'a Valley. These camps were designed to train Hezbollah, Hamas, Palestinian Islamic Jihad, and Popular Front for the Liberation of Palestine–General Command (PFLP-GC) terrorists in the use of the short-range Fajr-5 missile and the SA-7 antiaircraft rocket.[40] The IRGC training program, which reportedly costs Iran $50 million annually, also trains Lebanese and Palestinian terrorists to carry out "underwater suicide operations."[41]   While training terrorists in the Beka'a Valley, the IRGC and MOIS

[37] "Iran and Syria as Strategic Support for Palestinian Terrorism," (Report based on the interrogations of arrested Palestinian terrorists and captured Palestinian Authority documents), Israel Defense Forces, Military Intelligence, September 2002, available online at http://www.intelligence.org.il/eng

[38] Greg Myre, "Israel Says Explosives Expert Was on Fishing Boat It Seized," *The New York Times*, May 22, 2003

[39] Transcript of "Suicide Bomber: The Planning of the Bloodiest Suicide Bombing Campaign in Israel's History," *CBS 60 Minutes*, October 5, 1997

[40] "Iran Establishes Rocket Training Centers in Lebanon," Middle East Newsline, August 8, 2002

[41] Nicholas Blanford, "Report Claims Iran Running Beka'a Training Camp," *Daily Star* (Beirut), August 13, 2002. This article also appeared in Arabic in the Beirut daily *An Nahar*

simultaneously run several terrorist camps in Iran.[42]   As of August 2002, more than seventy foreign recruits—mostly Arabs—were reportedly undergoing vigorous training under the command of the IRGC's Qods Force in two camps.[43]   At least fifty were being trained at the Imam Ali Garrison in Tehran while another twenty-two were being trained at the Bahonar Garrison, a Qods Force base located north of Tehran. Trainees were instructed to hide their connection to Iran and were warned by a Qods commander that "subsequent to September 11, our activities have become more sensitive."[44]

In an indication of the Iranian leadership's promotion of anti-Americanism and legitimization of acts of terrorism, Iranian hard-liners constructed a monument in Tehran at the Behesht-e Zahra cemetery commemorating the Hezbollah suicide truck bombing that killed 241 U.S. servicemen in Lebanon in 1983. The Committee of the Commemoration of Martyrs of the Global Islamic Campaign sponsored the monument and is dedicated to registering "martyrdom seeking" volunteers (i.e., suicide bombers).   Within one year the group registered 35,000 volunteers.[45]   This is up from 25,000 in early December, which means that in a little less than five months the group was able to add an additional 10,000 willing suicide bombers. During one recruiting drive Maryam Partovi, 31, a mother of two, said, "As a Muslim, it is my duty to sacrifice my life for oppressed Palestinian children."  Over 400 "volunteers" signed up at that event, and President Khatami's adviser on women's affairs and a representative of Khamenei was present, giving some sort of official backing to the event.[46]  According to the Committee's officials, the group said they would only carry out attacks if Ayatollah Khomeini authorized them, highlighting the Iranian leadership's direct connection to Iranian-sponsored terror attacks.[47]

At times, Iran's support for Hamas has taken on a life of its own.  Consider, for example, the case of U.S.-designated terrorist Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative with ties not only to Iran but to al Qaeda and Iraqi militants as well. The State Department described Abu Ghazala as an "improvised explosive device (IED) facilitator" and an operative who plays an "integral role in Hamas."  But he was also wanted by Iraqi authorities—who put a $50,000 bounty on his head—for "disseminating numerous remote detonation device designs used by former regime elements and terror organizations in Iraq."[48]

## IV. The Importance of Iranian Funding for Hamas Operations

The cost of running Hamas encompasses interdependent but separate operational, political, and social-service expenses. Without the significant funding it needs to carry out its terrorist, political, and social activities—which are interdependent and mutually reinforcing

---

[42] The Beka'a Valley terrorist training program was apparently the result of a secret meeting in the Tehran suburb of Darjah on June 1, 2002. The meeting occurred just in advance of the previously mentioned two-day conference convened in Tehran (June 1–2) in support of the Palestinian intifada. See Blanford, "Report Claims Iran Running Beka'a Training Camp."

[43] Sean O'Neill, "Terror Training 'Run by Hardline Mullahs,'" *Daily Telegraph* (London), August 12, 2002

[44] Sean O'Neill, "Terror Training 'Run by Hardline Mullahs,'" *Daily Telegraph* (London), August 12, 2002

[45] Hafezi, Parisa. "Iranian hardliners register as suicide bombers." *Reuters.* 21 April 2005.

[46] Hafezi, Parisa. "Iranian hardliners register as suicide bombers." *Reuters.* 21 April 2005.

[47] "Iran Hard-liners Mark 1983 Attack on U.S. Marines." Reuters. 2 Dec 2004.

[48] "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," U.S. Department of State, September 22, 2011, http://www.state.gov/r/pa/prs/ps/2011/09/173352.htm

endeavors—Hamas could not function. Iran, as detailed above, plays a critical role in funding, providing material support, arming, and training Hamas operatives.

Iranian funding goes a long way towards helping Hamas bear the significant financial burden of underwriting its operations. Operational costs include entities like weapons and ammunition, explosive precursors, chemicals for bombs and poisoning, safe houses, communications, travel, transportation, bribes, intelligence payments, and training. They are contingent on political and social-service costs. These expenditures comprise propaganda, print collateral, and political campaigns in the political realm and salaries, overhead, payments to orphans and widows, education, health, and food in the social welfare service domain. These social-service costs are far more expensive than purely operational costs, accounting for large-scale and long-term infrastructure investments. This infrastructure forms the foundation not only for Hamas' social welfare but its political, guerilla, and terrorist activities as well. And, money being fungible, the funds raised by and for this social-service infrastructure benefit individuals, organizations, and activities throughout Hamas and its component parts.

Speaking before a gathering of G-7 finance ministers in February 2005, U.S. Treasury Undersecretary John Taylor highlighted the critical role that combating terror-financing plays in undermining terrorist groups' long-term capabilities. "By breaking the financial backbone of terrorist groups and insurgents," he said, "we can encumber and thwart their short-term ambitions while rupturing their long-term agendas. Choking off funds that aid terrorists can lead to the ultimate ruin of terrorist organizations."[49]

While it is true that any given terrorist attack may be relatively inexpensive, the actual funding of discrete operations accounts for a small fraction of a terrorist group's expenses. Bullets and bombs are cheap, and a suicide bombing can cost as little as a few thousand or even a few hundred dollars. But this manner of accounting neglects to account for the high cost of maintaining the financial and logistical support network that terrorists carrying out such attacks must draw upon time and again. Terrorist organizations incur many long-term costs, including renting safe houses, buying loyalties, maintaining the physical infrastructure of their networks, paying member salaries, printing posters and banners, and other costs. As a U.S. General Accounting Office report found, the cost of funding an actual operation accounts for "a small portion of the assets that terrorist organizations require for their support infrastructure such as indoctrination, recruitment, training, logistical support, the dissemination of propaganda, and other material support." When we fail to account for more than just bullets and explosives, we may well come to the mistaken conclusion that terrorism is an inexpensive business. Such an assumption may lead even concerned observers to conclude that most of the massive funds raised by Hamas go toward its political and public-service projects; in fact the social and political wings of Hamas play essential--and expensive--roles in maintaining the group's operational terrorist capacity.[50]

---

[49] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 53.

[50] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 54.

Estimates of Hamas' total annual budget range from $30 million to $90 million a year. According to FBI testimony before Congress in 2003, the U.S. government believes that Hamas' annual budget is at least $50 million. Hamas receives an estimated $25 million to $30 million of foreign funding through its charitable *dawa* network each year. This money goes to terror activities, social welfare, and ambiguously overlapping areas such as money paid to the families of suicide bombers. According to the Jordanian General Intelligence Directorate, it costs $2.8 million per month, or $33.6 million a year, just to run Hamas activities in the Palestinian territories. Israeli Shin Bet experts believe that this figure accounts merely for the money passing through Jordan, and that the total figure from all sources is much higher.[51]

There is a range of opinion regarding what constitutes the cost of a Palestinian terror attack. In a 2002 interview, Salah Shehada, the founder of Hamas' Izz al-Din al-Qassam Brigades, claimed an operation could cost from $3,500 to $50,000. A Hezbollah member has put the figure of a terror attack at $665–$1,105 (3,000–5,000 NIS). Another terrorist from Palestinian Islamic Jihad, Ahmad Sari Hussein, received $2,210 (10,000 NIS) for his terrorist activity, while Wael Ghanam, a Tanzim activist from the Tulkarem refugee camp, said he received $7,000 to manufacture explosive charges. Others have claimed that a suicide bombing mission could be set up for as little as $150, consisting essentially of a bomb of chemicals (sugar or fertilizer), a battery, a light switch, wire, and a belt. Still others figure the cost of each bomb belt at $1,500 to $4,300.[52]

Operation Defensive Shield, a large-scale military operation carried out by the IDF in April 2002 against Palestinian targets in the West Bank, uncovered useful information about the cost of a representative attack. On November 27, 2001, a joint Palestinian Islamic Jihad–Fatah/al-Aqsa Martyrs Brigades shooting attack was carried out at the central bus station in Afula, a city in northern Israel. Two Israeli civilians were killed and forty-eight wounded. According to a letter from one Islamic Jihad operative to another that was seized by Israeli soldiers, money earmarked for this attack was transferred from the Islamic Jihad headquarters in Damascus. The document states that "the remainder of the action's expenses" was a sum of $31,000. Another example revealing the broader costs of a terrorist attack comes from a bombing on July 31, 2002, at Jerusalem's Hebrew University, an attack that murdered seven civilians, including five Americans, and wounded eighty-six others. At a mall rally in Amman, Jordan, leaders of the Jordanian Islamic Action Front (IAF) honored the suicide bombing and asserted that the attack cost $50,000.[53]

While some terrorism experts claim that suicide bombers are the most cost-effective weapons available to terrorists, maintaining an infrastructure with the ability to deliver an unremitting campaign of such suicide attacks remains costly. While suicide bombers do make ultimate "smart bombs"--able to make calculated decisions and make undercover corrections en route to their targets--they are not inexpensive to deploy. To be accurate, financial estimates of

---

[51] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 54.
[52] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 54-55.
[53] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 55.

terrorist attacks should also account for the costs of establishing and maintaining logistical support networks, such as recruitment and bomb making. The more money you have, the smoother your particular terrorism machinery operates. Moreover, Hamas and other Palestinian groups invest money in aggressive intelligence collection--primarily bribing officials--in an effort to penetrate the Palestinian Authority or other targets. For example, a Palestinian intelligence document dated February 2002 details the activities of Hamas and Islamic Jihad cells in the Jenin area and openly concedes that both groups "have penetrated into the security apparatuses in Jenin, including the General Intelligence, through money payments." In one instance, for the sum of $1,500 to $3,000, Hamas and Islamic Jihad obtained intelligence from officers affiliated with the Palestinian General and Preventive Intelligence services, including advance warning of pending arrests.[54]

For illustrative purposes, here is how one Hezbollah member itemized the expenses for a typical Palestinian terrorist operation:

- M-16 A2 assault rifle: $6,642 (30,000 NIS)
- M-16 A1 assault rifle: $4,428–$5,313 (20,000–24,000 NIS)
- AK-47 assault rifle: $1,550–$2,210 (7,000–10,000 NIS)
- Sanobal (locally made) rifle: $1,105 (5,000 NIS)
- Handgun: $1,439–$1,771 (6,500–8,000 NIS)
- Bullets for AK-47: $2.20 (10 NIS) each
- Bullets for Sanobal gun or rifle: $0.55 (2.5 NIS) each
- Bullets for M-16: $0.44 (2 NIS) each
- Stolen vehicle or a vehicle without licenses: $656–$1,550 (3,000–7,000 NIS)
- A cellular phone chip: $11 (50 NIS)

In other words, the costs for operations can add up quickly, and the larger costs of running an organization the size of Hamas, including its political and social-service wings—which provide both direct and indirect support for operations—are much larger still and accumulate all that much faster. Iranian support for Hamas, therefore, is critical.

According to the US State Department, Iranian state sponsorship of Hamas is critical not only in terms of providing the material and funds with which to carry out terrorist operations, but also the rhetorical support necessary to keep up the pace of such operations:

> During 2003, Iran maintained a high-profile role in encouraging anti-Israeli activity, both rhetorically and operationally. Supreme Leader Khamenei praised Palestinian resistance operations, and President Khatami reiterated Iran's support for the "wronged people of Palestine" and their struggles. Matching this rhetoric with action, Iran provided Lebanese Hizballah and Palestinian rejectionist groups—notably HAMAS, the Palestine Islamic Jihad, and the Popular Front for the Liberation of Palestine–General Command—with funding, safe haven, training, and weapons. Iran hosted a conference in August 2003 on the Palestinian intifadah, at which an Iranian official suggested that the continued success of the Palestinian resistance depended on suicide operations.[55]

---

[54] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 55-56.
[55] *Patterns of Global Terrorism 2003*, U.S. State Department, "Overview of State Sponsored Terrorism,"

This support proved effective, by the standards of Hamas's operational tempo. As the same State Department report noted:

> HAMAS was particularly active, carrying out more than 150 attacks, including shootings, suicide bombings, and standoff mortar-and-rocket attacks against civilian and military targets. The group was responsible for one of the deadliest attacks of the year—the suicide bombing in June on a Jerusalem bus that killed 17 people and wounded 84. Although HAMAS continues to focus on conducting antiIsraeli attacks, it also claimed responsibility for the suicide bombing at a restaurant adjacent to the US Embassy in Tel Aviv, demonstrating its willingness to attack targets in areas frequented by foreigners.[56]

In fact, according to the Israeli government report dated April 2004, Iran has also been involved in actually directing terrorist attacks targeting Israel. From early 2002 to April 2004, the report recorded, Iran directed twenty-one attacks carried out by the Fatah organization's Tanzim militant wing, which left fifty-one Israelis dead and 216 wounded. During this time period, the report added, Hamas operated more independently from Iran than the Tanzim, but continued to receive "financial support, training and professional guidance from the Iranians." In fact, the report added, "the connections between the Hamas and Iran have grown stronger since the start of the Al Aqsa Intifada, and the Hamas even have a representative in Iran."[57]

This relationship has continued over time. According to a 2010 U.S. Department of Defense report on Iran's military power, Iran provides Hezbollah and several Palestinian terrorist groups—including Hamas—"with funding, weapons, and training to oppose Israel and disrupt the Middle East Peace Process." Iran's support for Hamas and other Palestinian terrorist groups, the Defense Department report added, "produced improvements in the groups' capabilities and increased the threat to Israeli and U.S. interests in the region." Citing one specific example the report noted that "Iranian training and material support assisted Hamas in the development of the Qassam rocket, extending the range to 40km." More generally, it noted that "Iran continues to supply weapons, money, and weapons components to Palestinian extremist groups that are then smuggled into Gaza through tunnels in the Philadelphi corridor" (which runs along the Gaza-Egypt border).[58]

Iran's critical support of Hamas has also been noted by Human Rights Watch:

> Iran has also reportedly provided training and other forms of support to Hamas. In a recently published interview, Hassan Salameh, a Hamas member from Gaza serving forty-six consecutive life sentences in Israel for his role in the 1996 suicide bombings, said that after he fled to Sudan via Jordan in 1993, "the organization arranged a training camp for us and flew us to Syria and then to Iran." In June 2002, the regional press reported high-level meetings of Iranian, Hamas and Islamic Jihad officials in Iran, and noted that Iranian authorities had decided to increase the financial aid given to Hamas and Islamic Jihad.[59]

---

http://www.state.gov/documents/organization/31944.pdf

[56] *Patterns of Global Terrorism 2003*, U.S. State Department, "Middle East Overview," http://www.state.gov/documents/organization/31942.pdf

[57] *Iranian Activity for the Instigation of the Palestinian Intifada*, Israeli government report, April 2004

[58] Unclassified Report on Military Power of Iran, April 2010, U.S. Department of Defense, http://www.foxnews.com/projects/pdf/IranReportUnclassified.pdf

[59] Erased in a Moment: Suicide Bombing Attacks Against Israeli Civilians, Human Rights Watch, October 2002, p. 108, http://www.hrw.org/reports/2002/isrl-pa/ISRAELPA1002.pdf

According to a study released by the U.S. Institute for Peace, not only has Iran provided key aid to Hamas, but Hamas has publicly thanked Iran for said support:

> Iran reportedly provided military aid and training for dozens of men in Hamas' military wing, the Izz ad-Din al Qassam Brigades. Iran also allegedly supplied much of the military equipment that Hamas used against Israel in the December 2008 Gaza war. Hamas leader Khaled Mashaal visited Tehran in February 2009, after the war ended, to thank Iran for its help during the conflict, citing Iran as a "partner in victory."[60]

Indeed, Hamas leaders are often rather blunt about the support the group receives from Iran. The Congressional Research Service (CRS) notes the comments of Hamas Secretary General Khaled Mishal to al Jazeera TV in December 2009; "During a December 2009 visit to Tehran, Hamas politburo chief Khaled Meshaal said, 'Other Arab and Islamic states also support us ... but the Iranian backing is in the lead, and therefore we highly appreciate and thank Iran for this.'" What's more, the CRS report adds, Iranian support has a direct impact on Hamas' military and political activities: "Possible Iranian-supported smuggling of weapons, cash, and other contraband into the Gaza Strip, along with Iranian training for Gaza-based Hamas militants (who are able to travel to and from Iran and Lebanon after using the Gaza-Sinai tunnels), is believed to reinforce both Hamas's ability to maintain order and control over Gaza and its population, and Palestinian militants' ability to fire mortars and rockets into Israel."[61]

In December 2014, Hamas marked its 27th anniversary with rallies and marches featuring Hamas leaders and Izz a-Din al-Qassam Brigades operatives. Qassam Brigades spokesman Abu Ubeida made it a point to single out Iran for special thanks:

> Since Allah graced us with this development [of the Al-Qassam Brigades], and with this victory and this humiliation of the enemy, we have only to thank those whom Allah enlisted to take part in this development... first and foremost the Islamic Republic of Iran, which did not withhold from us funds, weapons and other [forms of aid] and helped us in our resistance by supplying us with missiles that pulverized the Zionist strongholds during the attacks and battles we waged against the occupier, and also supplied us with quality anti-tank missiles that crushed the legendary Zionist Merkava [tank].[62]

In a video posted by Hezbollah's al-Manar television station, Hamas leader Khaled Mishal publicly acknowledged: "Some of our weapons are manufactured in Gaza and some our brought from those who support us. Iran has a role in arms and financial support."[63]

---

[60] Rachel Brandenburg, "Iran and the Palestinians," *The Iran Primer*, U.S. Institute for Peace, http://iranprimer.usip.org/resource/iran-and-palestinians

[61] Jim Zanotti, "Hamas: Background and Issues for Congress," Congressional Research Service, December 2010, https://fas.org/sgp/crs/mideast/R41514.pdf

[62] "Hamas Senior Officials At Movement's 27th Anniversary Celebrations: We Will Not Recognize Zionist Entity Or Be Satisfied With A Palestinian State Within 1967 Borders; We Thank Iran For Supplying Us With Weapons, Missiles," Special Dispatch No. 5905, Middle East Media Research Institute (MEMRI), December 16, 2014, http://www.memri.org/report/en/0/0/0/0/0/0/8336.htm

[63] "Palestinians to Respect Truce if Israel Does—Mishaal," Reuters, November 21, 2012; see video here: https://www.youtube.com/watch?v=TQd87Ch1Ic8

## V. The Purpose of Hamas Attacks

Hamas, both an acronym for *Harakat al-Muqawama al-Islamiya* (Islamic Resistance Movement) and an Arabic word meaning 'zeal', is a Palestinian Islamist group that emerged in 1987 as an outgrowth of the Palestinian branch of the Egypt-based Muslim Brotherhood. Hamas was founded in December of that year with the goal of eliminating the State of Israel and establishing in its place an Islamist state in all of what was once British Mandatory Palestine--a territory that today comprises Israel, the West Bank, and the Gaza Strip. Hamas employs a three-pronged strategy to achieve this goal: (1) social welfare activity that builds grassroots support for the organization, (2) political activity that competes with the secular Palestinian Authority (PA), and (3) guerilla and terrorist attacks that target Israeli soldiers and civilians (and sometimes fellow Palestinians). Hamas also seeks to counter what it perceives as the secularization and Westernization of Arab society, and to become internationally recognized as the sole representative of the Palestinian people, a distinction held by the Palestine Liberation Organization (PLO) since the 1974 Arab League conference in Rabat, Morocco. Hamas' slogan, as declared in Article 8 of the group's charter, reflects the centrality of violent *jihad*--religiously sanctioned resistance against perceived enemies of Islam--to these strategies: "Allah is its target, the Prophet is its model, the Koran its constitution: Jihad is its path and death for the sake of Allah is the loftiest of its wishes."[64] Indeed, the National Counterterrorism Center notes the importance of the group's charter: "The group's charter calls for establishing an Islamic Palestinian state in place of Israel and rejects all agreements made between the PLO and Israel."[65]

Hamas leader Khaled Mishal maintains that by virtue of being an occupied people, Palestinians have every right to use all means at their disposal—implying terrorist attacks—to "resist" that occupation. For some Palestinians that may lead to a two-state solution, but for Hamas the goal is to destroy Israel and create an Islamic Palestinian state in its place. "The Palestinian people were living in peace and security, then the Israelis occupied the land," Khaled Mishal explained to CNN. "According to international law, and according to the Divine laws, the Americans and all peoples, when they are occupied, they resist with all that they have."[66]

Maryam Farahat, the mother of a Hamas operative Mohammad Farahat, echoed this rationale for such attacks in a televised interview. Justifying attacks against both military and civilian targets, she explains: "They are all occupiers. Whoever comes from abroad and lives on the land of Palestine is considered an occupier, even if they are women or old people. They are all occupiers... there is no difference between men and women.... They are all occupiers and we must fight them by any legitimate means.... [And] all means are legitimate as long as the occupation continues... Peace means liberation of all of Palestine, from the [Jordan] River to the

---

[64] "Terrorist Group Profiler," Canadian Secret Intelligence Service (CSIS), June 2002, Author's personal files; The report is referenced in Stewart Bell, "Hamas May Have Chemical Weapons: CSIS Report Says Terror Group May be Experimenting," National Post (Canada), December 10, 2003; "The Covenant of the Islamic Resistance Movement," Hamas Covenant 1988, The Avalon Project at Yale Law School,
http://www.yale.edu/lawweb/avalon/mideast/Hamas.htm
[65] "Hamas," Counterterrorism Guide, National Counterterrorism Center,
http://www.nctc.gov/site/groups/Hamas.html
[66] Bryony Jones, "Q&A: What is Hamas?" CNN, November 24, 2012,
http://www.cnn.com/2012/11/16/world/meast/Hamas-explainer/

[Mediterranean] Sea…. These people are occupiers, and we want to banish them from our land."[67]

Since its founding in 1987, Hamas has committed countless acts of violence against both military and civilian targets, including suicide and other bombings, Qassam rocket, mortar fire, and shooting attacks. With the onset of the Second Intifada in September 2000, the pace of Hamas attacks increased dramatically. From September 29, 2000, through March 24, 2004, Hamas executed 52 suicide attacks killing 288 people and wounding 1,646 more. In total, Hamas conducted 425 terrorist attacks during this period killing 377 people and wounding 2,076.[68]

Hamas attacks increased throughout this period. In 2003 alone, Hamas was responsible for 218 acts of violence. That figure doubled in 2004, in which Hamas carried out 555 terrorist attacks. Also in 2004, Hamas mortar attacks increased by 500 percent and its Qassam rocket attacks increased by 40 percent compared to the previous year.[69]

Intended to terrorize not only the targeted individuals but the general Israeli population, Hamas attacks are indiscriminate in nature. Hamas suicide bombings may not target Westerners but the group's shrapnel-studded suicide vests do not discriminate among passengers on Israeli buses or patrons at Israeli cafes. As such, innocent civilians from around the world have been killed in Hamas attacks, including civilians from the United States, the United Kingdom, Ukraine, Romania, China, the Philippines and Sweden, among other nationalities. For example, on June 7, 2005 a Qassam rocket fired by Hamas killed a Chinese laborer working in the Ganei Tal settlement in the Gaza Strip. Goldie Taubenfeld, an American mother of thirteen, was killed in a Hamas suicide bus bombing in Jerusalem on August 19, 2003 along with her three month old son. On September 19, 2002, Jonathan Jesner, a Scottish medical student was also murdered on a Tel Aviv bus when a Hamas suicide bomber detonated the explosive device he was wearing. Hamas has purposely targeted many busy civilian venues including buses, bus stops, discotheques, restaurants, markets, universities and even a Passover Seder.[70]

Hamas attacks are intended to terrorize, to instill fear in the civilians who comprise the local population so that they will either leave or, at a minimum, pressure their leaders to give concessions to Hamas to stop the violence. The 2002 attack on a boy's training academy at the Atzmona settlement in Gaza is a case in point. By targeting an Israeli settlement, Hamas sought to pressure the inhabitants to leave. By attacking a pre-military training academy for 18 year old boys, Hamas sought to instill fear in prospective soldiers, and their parents, to undermine morale and increase unease about the cost of joining the Israel Defense Forces (IDF).

---

[67] Interview with Um Nadal, uploaded October 23, 2011, https://www.youtube.com/watch?v=MKy4G3dHON4
[68] Israel Ministry of Foreign Affairs, "Hamas Terrorist Attacks," Terror Background, March 22, 2004, http://www.mfa.gov.il/MFA/Terrorism-+Obstacle+to+Peace/Terror+Groups/Hamas+terror+attacks+22-Mar-2004.htm
[69] Israel Ministry of Foreign Affairs, "Summary of Terrorist Activity 2004," MFA Library 2005, http://www.mfa.gov.il/MFA/MFAArchive/2000_2009/2005/Summary%20of%20Terrorist%20Activity%202004
[70] "Chinese Worker, Palestinian killed in Gaza Settlement Attack," Agence France Presse, June 7, 2005; Beyond Images, "The Family of Nations Under Fire: Victims of Palestinian Violence From 18 Countries," March 2, 2004, http://www.beyondimages.info/b79.html; Beyond Images, "Palestinian Suicide Bombings 1994-2004: Don't Let the World Forget. . .," September 2, 2004, http://www.beyondimages.info/b78.html

Sample listing of Hamas attacks circa 2001-2004:

*This list is a non-comprehensive collection of some of the major attacks tied to Hamas 2001-2004.*

- December 1, 2001: Ben Yehuda pedestrian mall bombing.[71]
- March 7, 2002: Hamas attack at Atzmona settlement, killing 5 civilians and wounding 24.[72]
- March 27, 2002: Hamas Suicide bombing attack at the Park Hotel in Netanya.[73]
- January 2, 2003: An unknown number of Izz-al-Din al-Qassam Brigades members attacked an Israeli military bulldozer with an RPG resulting in two wounded Israeli soldiers. The incident took place in Rafah, Palestine.[74]
- January 17, 2003: Mahmud Yassin al-Jamusi, a member of Hamas, was killed when the small fishing boat he was piloting was fired on by an Israeli warship off the coast of Dugit. The fishing vessel was loaded with explosives and was being piloted towards the Israeli ship in a manner consistent with previous suicide attacks.[75]
- January 23, 2003: Three Israeli civilians on foot patrol were shot and killed just south of the West Bank city of Hebron, near the Al-Fawwar refugee camp, by Hamas gunmen.[76]
- February 10, 2003: The Israeli Defense Force (IDF) arrested a terrorist from Hamas in a hotel in Ramallah, West Bank, who was carrying an explosive belt with 20kg of explosives in a suitcase. The IDF believed the perpetrator was about to attack inside the Green Line that separates Israel proper from the West Bank.[77]

---

[71] Hamas Attack 12-01-2001, Global Terrorism Database, GTD ID: 200112010004, National Consortium for the Study of Terrorism and Responses to Terrorism, START: A Center of Excellence of the U.S. Department of Homeland Security.

[72] Hamas Attack 03-07-2002, Global Terrorism Database, GTD ID: 200203070002, National Consortium for the Study of Terrorism and Responses to Terrorism, START: A Center of Excellence of the U.S. Department of Homeland Security.

[73] Hamas Attack 03-27-2002, Global Terrorism Database, GTD ID: 200203270001, National Consortium for the Study of Terrorism and Responses to Terrorism, START: A Center of Excellence of the U.S. Department of Homeland Security.

[74] Hamas Attack 01-02-2003, Global Terrorism Database, GTD ID: 200301020005, National Consortium for the Study of Terrorism and Responses to Terrorism, START: A Center of Excellence of the U.S. Department of Homeland Security.

[75] Hamas Attack 01-17-2003, Global Terrorism Database, GTD ID: 200301170002, National Consortium for the Study of Terrorism and Responses to Terrorism, START: A Center of Excellence of the U.S. Department of Homeland Security.

[76] Hamas Attack 01-23-2003, Global Terrorism Database, GTD ID: 200301230004, National Consortium for the Study of Terrorism and Responses to Terrorism, START: A Center of Excellence of the U.S. Department of Homeland Security.

[77] Hamas Attack 02-10-2003, Global Terrorism Database, GTD ID: 200302100002, National Consortium for the Study of Terrorism and Responses to Terrorism, START: A Center of Excellence of the U.S. Department of Homeland Security.

- February 15, 2003: "A roadside bomb killed four Israeli soldiers when it blew up a tank near a Jewish settlement in the northern part of the Gaza Strip, the Israeli army says... The militant Palestinian group Hamas said it had carried out the attack." [78]
- February 19, 2003: During the afternoon, Hamas launched four Qassam short-range missiles into southern Israel from the northern Gaza Strip. The four rockets landed in the town of Sderot, and wounded four Israeli civilians. After the attack, a HAMAS spokesman in an interview defended the incident by saying they were for defensive purposes only, in response to an Israeli Military raid into the Gaza Strip on the night of 02/18/2003.[79]
- March 5, 2003: Bus 37 bombing in Haifa. Hamas suicide bomber kills 15, injures 55, including an American girl.[80]
- March 7, 2003: Disguised as Jewish students, two HAMAS members entered a home in the West Bank settlement of Kiryat Arba and shot and killed an American married couple. Eight others were wounded in the attack and one of the gunmen was wearing an explosive belt that he failed to detonate. Israeli forces then shot and killed the two HAMAS members.[81]
- March 7, 2003: Two HAMAS militants were shot and killed by Israeli forces when they attempted to enter the West Bank settlement of Nahal Negohot a short time after two other HAMAS members entered a nearby settlement and killed two. One was wearing an explosive belt which exploded. No one else was harmed.[82]
- April 4, 2003: An Al-Battar rocket was fired at an Israeli tank by a member of HAMAS's Military Wing, Izz-al-Din al-Qassam Brigades in the Al-Maghazi camp, Gaza Strip. According to the statement released by the al-Qassam Brigades, the Israeli tank was destroyed. The martyr Marwan Abdullah Abu-Jayyab who fired the rocket was killed in retaliation. The al-Qassam Brigades further reemphasized their commitment to jihad and martyrdom as the only way to liberate Palestine from the occupier forces.[83]
- April 15, 2003: In the Gaza Strip, a Palestinian gunman hurled hand grenades and sprayed automatic weapons fire at the Karni crossing point, killing two Israeli workers

---

[78] "Gaza bomb kills four Israeli Soldiers," *BBC News*, February 18, 2003.

[79] Hamas Attack 02-19-2003, Global Terrorism Database, GTD ID: 200302190001, National Consortium for the Study of Terrorism and Responses to Terrorism, START: A Center of Excellence of the U.S. Department of Homeland Security.

[80]

[81] Hamas Attack 03-07-2003, Global Terrorism Database, GTD ID: 200303070003, National Consortium for the Study of Terrorism and Responses to Terrorism, START: A Center of Excellence of the U.S. Department of Homeland Security.

[82] Hamas Attack 03-07-2003, Global Terrorism Database, GTD ID: 200303070004, National Consortium for the Study of Terrorism and Responses to Terrorism, START: A Center of Excellence of the U.S. Department of Homeland Security.

[83] Hamas Attack 04-04-2003, Global Terrorism Database, GTD ID: 200304060001, National Consortium for the Study of Terrorism and Responses to Terrorism, START: A Center of Excellence of the U.S. Department of Homeland Security.

before being shot dead, the army said. The START database attributed the attack to Hamas.[84]

- April 30, 2003: Suicide bombing attack at Mike's Place bar in Tel Aviv.[85]
- May 17, 2003: A Palestinian disguised as a Jewish settler blew himself up, killing an Israeli settler and his pregnant wife in Hebron, Palestine. HAMAS claimed responsibility for the incident.[86]
- May 18, 2003: Seven people were killed and 20 wounded in a suicide bombing on Egged bus no. 6 near French Hill in Jerusalem. Hamas claimed responsibility for the attack. Half an hour later, a second suicide bomber was killed when he was intercepted by police at a road block in northern Jerusalem.[87]
- May 19, 2003: Three IDF soldiers were lightly injured when a Palestinian on a bicycle detonated explosives next to a military jeep near Kfar Darom in the southern Gaza Strip. Hamas claimed responsibility for the attack.[88]
- May 23, 2003: A remote-controlled bomb exploded near a bus traveling near the Jewish settlement of Netzarim in southern Gaza. Militants opened fire on the bus immediately after the explosion. At least 10 Jewish settlers were wounded in the bombing and following attack. HAMAS' al-Qassam Brigades claimed responsibility for the incident.[89]
- June 11, 2003: At around 17:30, the bomber, dressed as an ultra-Orthodox Jew, boarded Egged bus No. 14A at the Mahane Yehuda market, and a short while later, as the bus drove down Jaffa Road near the Davidka Square, detonated his bomb, wrecking the bus and killing 16 of its passengers. Over 100 people were wounded, including dozens of passersby. Hamas claimed responsibility for the attack.[90]
- August 19, 2003: bus No. 2 bombing in Jerusalem.[91]

---

[84] "Israel seals off territories for Passover," *BBC News*, April 16, 2003.; Hamas Attack 04-15-2003, Global Terrorism Database, GTD ID: 200304150002, National Consortium for the Study of Terrorism and Responses to Terrorism, START: A Center of Excellence of the U.S. Department of Homeland Security.

[85] Hamas Attack 04-30-2003, Global Terrorism Database, GTD ID: 200304300001, National Consortium for the Study of Terrorism and Responses to Terrorism, START: A Center of Excellence of the U.S. Department of Homeland Security; "Hamas Officially Claims Responsibility for Mike's Place Bombing," Ha'aretz, March 8, 2004.

[86] Hamas Attack 05-17-2003, Global Terrorism Database, GTD ID: 200305170004, National Consortium for the Study of Terrorism and Responses to Terrorism, START: A Center of Excellence of the U.S. Department of Homeland Security.

[87] "Palestinian Terrorism- A Wave of Suicide Bombings-May 17-19 2003," Israel Ministry of Foreign Affairs, May 17-19, 2003

[88] "Palestinian Terrorism- A Wave of Suicide Bombings-May 17-19 2003," Israel Ministry of Foreign Affairs, May 17-19, 2003.

[89] Hamas Attack 05-23-2003, Global Terrorism Database, GTD ID: 200305230002, National Consortium for the Study of Terrorism and Responses to Terrorism, START: A Center of Excellence of the U.S. Department of Homeland Security.

[90] "Suicide bombing of Egged bus No. 14A in Jerusalem -11-Jun-2003," Israeli Ministry of Foreign Affairs, MFA Archive, June 11, 2003.

[91] Hamas Attack 08-19-2003, Global Terrorism Database, GTD ID: 200308190002, National Consortium for the Study of Terrorism and Responses to Terrorism, START: A Center of Excellence of the U.S. Department of

- September 9, 2003: A suicide bombing was carriedout, late Tuesday, outside a café in Jerusalem. In the second attack of the day, a suicide bomber blew up outside a cafe in Jerusalem Tuesday night, killing at least four people and wounding about 40 others, witnesses and rescue workers said. The first attack occurred outside a hitchhiking station near Tel Aviv, Israel, killing as many as eight and wounding at least 14.The Palestinian militant group Hamas claimed responsibility for both bombings Tuesday.[92]
- December 23, 2003: Two people were wounded in the Gaza Strip Jewish settlement of Nisanit when a house was hit by a rocket. HAMAS' military wing, the Izz-al-Din al-Qassam Brigades, claimed responsibility for the attack in retaliation for the deaths of Palestinians during Israeli raids.[93]
- January 29, 2004: Suicide bus bombing of Egged bus no. 19 in Jerusalem.[94]
- September 24, 2004: mortar attack on Neve Dekalim, Gaza Strip.[95]

## Conclusion

Iran provides significant financial and material support to Hamas, without which Hamas could not have carried out the quantity or quality of attacks it did during the Second Palestinian Intifada. This support enabled Hamas to carry out attacks from indiscriminate suicide bombings to shooting sprees and more, sometimes targeting soldiers but often civilians, in an effort to terrorize the Israeli population and seek the establishment of an Islamic state in the place of Israel.

---

Homeland Security; James Bennet, "Bombing Kills 18 and Hurts Scores More on Jerusalem Bus," *New York Times*, August 19, 2003

[92] "Mideast Twin Bombings," *CBS News*, September 9, 2003.; Hamas Attack 09-09-2003, Global Terrorism Database, GTD ID: 200309090002, National Consortium for the Study of Terrorism and Responses to Terrorism, START: A Center of Excellence of the U.S. Department of Homeland Security.

[93] Hamas Attack 12-23-2003, Global Terrorism Database, GTD ID: 200312230001, National Consortium for the Study of Terrorism and Responses to Terrorism, START: A Center of Excellence of the U.S. Department of Homeland Security.

[94] Hamas Attack 01-29-2004, Global Terrorism Database, GTD ID: 200401290001, National Consortium for the Study of Terrorism and Responses to Terrorism, START: A Center of Excellence of the U.S. Department of Homeland Security, "Suicide Bombing of Egged Bus no. 19 in Jerusalem," Israel Ministry of Foreign Affairs, January 29, 2004

[95] Nir Hasson and Amos Harel, "Israeli Killed by Mortar in Gaza Strip Settlement," Ha'aretz, September 26, 2004

Dated:          January 17, 2017

_____

Dr. Matthew Levitt

# *Matthew Levitt, Ph.D.*

1111 19th Street, NW, suite 500, Washington, DC  20036  *  mlevitt@washingtoninstitute.org

**Experience:**

**The Washington Institute for Near East Policy**                    Washington, DC
*Fromer-Wexler Fellow*
*Director of the Stein Program on Counterterrorism & Intelligence*          2007- Present
• Write, lecture and consult on terrorism, intelligence, the Middle East and U.S. policy

**Combating Terrorism Center, U.S. Military Academy at West Point**
*Instructor, External Education Program*                      May 2008 – 2013
• Teach a variety of counterterrorism courses for CTC's external education program

**Johns Hopkins University, Paul H. Nitze School of Advanced International Studies (SAIS)**
*Professorial Lecturer in International Relations – Strategic Studies*      Washington, DC
• Teach graduate course entitled "Combating the Funding of Transnational Threats"    2007 - 2012
• Teach graduate course entitled "Terrorism: Concepts and Problems"      2004 – 2005

**U.S. Department of State, Special Envoy for Middle East Regional Security**    Washington, DC
*Counterterrorism Advisor (part time, Temporary Government Employee)*    Feb 2008 – April 2009
• Advise Special Envoy General (ret) James Jones and staff on counterterrorism and intelligence issues
• Contribute to team's assessment of Palestinian/Israeli security sector and help draft final report

**U.S. Department of the Treasury**                      Washington, DC
*Deputy Assistant Secretary for Intelligence and Analysis*            2005- 2007
• Senior Executive Service (SES) manager within Terrorism and Financial Intelligence branch
• Deputy Chief of the Office of Intelligence and Analysis, one of the 16 US intelligence agencies

**The Washington Institute for Near East Policy**              Washington, DC
*Senior Fellow and Director of Terrorism Studies*                2001- 2005
• Direct Terrorism Studies Program; write, lecture and consult on terrorism, the Middle East and U.S. policy

**Johns Hopkins University, Zanvyl Krieger School of Arts and Sciences**
*Lecturer*                                  Washington, DC
• Taught graduate course on "Contemporary Terrorism and the American Response"    Summer 2005

**Federal Bureau of Investigation,** International Terrorism Intelligence Unit    Washington, DC
*Intelligence Research Specialist*                      1998 - 2001
• Provided tactical and strategic analysis in support of FBI counterterrorism operations

**The Washington Institute for Near East Policy**              Washington, DC
*Soref Fellow*                                1998
• Analyst focused on the Middle East peace process, terrorism and Palestinian politics and society

**The Program on Negotiation at Harvard Law School**            Cambridge, MA
*Graduate Research Fellow*                          1997-1998
• Doctoral fellowship to pursue field research in the Middle East and commence writing of doctoral thesis

**Additional Affiliations:**

- Academic Advisory Board Member, Emirati Center for Strategic Studies and Research (ECSSR), 2015-2017
- Associate Fellow, The Henry Jackson Society (2016-present)
- Contributor, The Hill (2014-present)
- Member, Policy and Research Advisory Committee, Center for Cyber & Homeland Security (formerly HSPI), The George Washington University (2015-present)
- Senior Fellow, Homeland Security Policy Institute, The George Washington University (2009-2015)
- Member, The Council on Foreign Relations (2011-present; Term Member 2005-2010)
- Member, DACOR: An Organization of Foreign Affairs Professionals (2014-present)
- Associate Fellow, Combating Terrorism Center (CTC) at U.S. Military Academy at West Point (2007-2012)
- Member, Association for the Study of the Middle East and Africa (ASMEA)
- Advisory Board Member, Institute for Counter-terrorism (ICT), Israel
- Advisory Board Member, Center on Sanctions and Illicit Finance, Foundation for Defense of Democracies (2015-present)
- Advisory Board Member, ICT Working Paper Series, Institute for Counter-terrorism (ICT), Israel
- Advisory Council Member, International Centre for Political Violence & Terrorism Research (ICPVTR), Singapore
- Member, Middle East Strategy at Harvard (MESH), John M. Olin Institute for Strategic Studies at Harvard University
- Member, Working Group on "Containing a Nuclear Iran," Saban Center at the Brookings Institution (2010-2011)
- Member, Counterterrorism and Intelligence Task Force, Homeland Security Policy Institute, The George Washington University (2011)
- Member, Advisory Committee for production of the Council on Foreign Relations Special Report "Yemen: Meeting the Challenge" (2011)
- Member, Crisis in Middle East Task Force, Saban Center at the Brookings Institution (2008)
- Member, Council on Foreign Relations Task Force on Terrorist Financing (2005)

**Education:**

| | |
|---|---|
| **Tufts University, The Fletcher School of Law and Diplomacy** | Medford, MA |
| • Ph.D. in International Relations (Terrorism and Conflict Resolution) | May 2005 |
| ~ Passed Ph.D. Oral Exam with Distinction | |
| • Master of Arts in Law and Diplomacy (M.A.L.D.) | May 1995 |
| ~ Concentrations: Negotiation and Conflict Resolution, International Security Studies, the Middle East | |
| **Yeshiva University** | New York, NY |
| • BA *cum laude* in Political Science | June 1992 |

**Selected Honors/Awards:**

- U.S. Department of Justice, Certificate of Recognition, October 2015
- U.S. Secret Service, Certificate of Appreciation, 2015
- U.S. Marine Corps Forces Cyber Command, Letter of Appreciation, April 3, 2013
- U.S. Department of Justice, Federal Bureau of Investigation, Certificate of Appreciation, March 22, 2103
- U.S. Department of State "Counter-Terrorism Policy" Speaker Grant (lectures in Germany), January 2010
- Ministry of Interior, Kingdom of Bahrain, Award Certificate, February 25, 2009
- *Hamas: Politics, Charity and Terrorism in the Service of Jihad* selected as a 2007 Top Seller in Politics and Law as compiled by YBP Library Service
- *Hamas: Politics, Charity and Terrorism in the Service of Jihad* selected as a 2007 AAUP University Press Book for Public and Secondary School Libraries
- Exceptional Service Award, U.S. Department of the Treasury, January 2007
- Certificate of Appreciation, United States Central Command Directorate of Intelligence, February 2006
- Selected by CNN as one of "The 2005 New Guard: Washington's Next Generation of Newsmakers," April 2005

2

- European Union Visitors Program (EUVP) 2005
- Certificate of Commendation, U.S. Attorney Office, District of Idaho, Department of Justice, December 2004
- Visiting Scholar, The Paul H. Nitze School of Advanced International Studies (SAIS), Johns Hopkins University, March 2003
- U.S. Department of State Speaker and Specialist Grant (lectures in Austria), January 2003
- U.S. Department of State Speaker and Specialist Grant (lectures in Lithuania), April 2002
- Outstanding Service award, International Terrorism Analysis Unit, Federal Bureau of Investigation, November 2001
- Letter of Commendation from Deputy Assistant Director (3), Federal Bureau of Investigation, July 2000, August 2000, July 2001
- Time Off Award (2), Federal Bureau of Investigation, April 2000, April 2001
- Performance Awards (2), Federal Bureau of Investigation, December 1999, November 2000
- Special Act or Service Award, Federal Bureau of Investigation, September 1999
- Graduate Research Fellow, The Program On Negotiation at Harvard Law School, 1997-1998
- International Security Studies Fellow, International Security Studies Ph.D. Dissertation Fellowship, The Fletcher School of Law and Diplomacy, 1996-1997
- International Security Studies Program Graduate Student Research Grant on the Emerging Issues of Ethnic, Sectarian, and Religious Conflict, William H. Donner Foundation, 1996
- Doctoral Scholarship, The Fletcher School of Law and Diplomacy, 1995-1996
- Sarah Scaife Frank Rockwell Barnett Memorial Grant in International Security Studies, The Fletcher School of Law and Diplomacy, 1994 and 1996

**Court Testimony:**
- Qualified as an expert witness and provided expert testimony in several U.S. federal court proceedings, including US v. Mohamed Yousef Hammoud, et al (Western District of North Carolina, June 2002); US v. Fowad Assed (Eastern District of New York, March 2003); US v. Fawaz Damrah (Northern District of Ohio, June 2004); US v Mohammed Ali Hassan Al Moayad (Eastern District of New York, February 2005); US v Sami Amin Al Arian et al (Middle District of Florida, 2005); US v Mousa Abu Marzook et al (Northern District of Illinois, Eastern Division, November 2006); US v Holy Land Foundation for Relief and Development et al (Northern District of Texas, Dallas Division, July 2007); US v Muhamed Mubayyid et al (District of Massachusetts, December 2007); US v Holy Land Foundation for Relief and Development et al (Northern District of Texas, Dallas Division, September 2008 retrial); Soussi v. Napolitano et al (Eastern District of California, August 2009); US v Mahmoud Reza Banki (Southern District of New York, May 2010); US v Defreitas et al (Eastern District of New York, July 2010); US v Vaghari (Eastern District of Pennsylvania, February 2011); Atalla v. USCIS et al (District of Arizona, April 2011); US v Ibrahim (Eastern District of New York, May 2011); US v Allouche (Western District of Texas, February 2015); US v Tsarnaev, District of Massachusetts, March 2015)

- Testified as expert witness in foreign terrorism cases: Denmark v Al Aqsa Foundation et al (Copenhagen City Court, Courts of Law of the Kingdom of Denmark, December 2007); CBSP v. S. Samuels (Court of Appeals, Paris, France, 2008); Denmark v "Fighters + Lovers," (Copenhagen City Court, Courts of Law of the Kingdom of Denmark, September 2008); HMA v Nasserdine Menni (Scottish High Court of Judiciary, Glasgow, June 12, 2012); HMA v Yousef Badri (Scottish High Court of Judiciary, Glasgow, September 2015)

- Served as expert witness in several terrorism-related Immigration Court proceedings in the United States and Canada.

- Served as expert witness in several U.S. civil terrorism cases, including Stanley Boim et al v. Quranic Literacy Institute et al (Northern District of Illinois, Eastern Division, December 2004); Gates v. Syria (United States District Court for the District of Columbia, January 2008); Amduso v Sudan (United States District Court for the District of Columbia, October 2010); Wultz et al v Islamic Republic of Iran et al (United States District Court for the District of Columbia, February 2012); Wyatt v Syria (United States District Court for the District of Columbia,

August 2012); Linde et al v. Arab Bank (Eastern District of New York, August 2014); Fraenkel v. Iran (United States District Court for the District of Columbia, December 2016)

- Provided expert reports in criminal and civil terrorism cases, in U.S. and foreign jurisdictions, related to terrorism, weapons proliferation, and Iran sanctions violation cases.

**Publications:**

*Books:*

- *Hezbollah: The Global Footprint of Lebanon's 'Party of God'* (Georgetown University Press/Hurst Publishers, 2013)

  ~Available in Spanish as *Hezbola: Las huellas en el mundo del parido de dios* (Buenos Aires: Hojas del Sur, 2015)

- *Negotiating under Fire: Preserving Peace Talks in the Face of Terror Attacks* (Lanham, MD: Rowman & Littlefield, 2008)

- *Hamas: Politics, Charity and Terrorism in the Service of Jihad*, (New Haven: Yale University Press, 2006)

  ~ Available in Spanish as *Hamas: Politica, Beneficencia Y Terrorismo Al Servicio De La* Yihad (Barcelona: Belacqva, 2007)

  ~ Available in Polish as *Hamas: Polityka, dobroczynność i terroryzm w służbie dżihadu* (Krakow: Jagiellonian University Press, 2008)

- *The Impact of Acute Security Crises on the Process of Ongoing Negotiations: Lessons from the Palestinian-Israeli Peace Process, 1993-1996* (Ph.D. dissertation, The Fletcher School of Law & Diplomacy at Tufts University, 2005)

- *Targeting Terror: US Policy toward Middle Eastern Terrorist Groups and State Sponsors in the War on Terror* (Washington, DC: The Washington Institute for Near East Policy, 2002)

*Monographs:*

- *The Rise of ISIL: Counterterrorism Lectures 2016,* editor, Policy Focus 148 (Washington, D.C.: The Washington Institute for Near East Policy, August 2016)

- *A History of Hezbollah Activities in the Arabian Gulf Region,* Occasional Paper Sereis #87 (Abu Dhabi: The Emirates Center for Strategic Studies and Research, 2016)

- *From the Boston Marathon to the Islamic State: Countering Violent Extremism,* editor, Policy Focus 139 (Washington, D.C.: The Washington Institute for Near East Policy, April 2015)

- *Hizballah and the Qods Force in Iran's Shadow War with the West,* Policy Focus 123 (Washington, D.C.: The Washington Institute for Near East Policy, January 2013)

- *Finding a Balance: U.S. Security Interests and the Arab Awakening,* editor, (Washington, D.C.: The Washington Institute for Near East Policy, May 2012)

- *Obama's National Security Vision: Confronting Transnational Threats with Global Cooperation,* editor (Washington, DC: The Washington Institute for Near East Policy, October 2010)

- *Fighting the Ideological Battle: The Missing Link in U.S. Strategy to Counter Violent Extremism,* co-author with J. Scott Carpenter, Steven Simon and Juan Zarate (Washington, DC: The Washington Institute for Near East Policy, July 2010)

- *Continuity and Change: Reshaping the Fight against Terrorism,* co-edited with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, April 2010)

- *Deterred but Determined: Salafi-Jihadi Groups in the Palestinian Arena,* co-authored with Yoram Cohen and Becca Wasser, (Washington, DC: The Washington Institute for Near East Policy, January 2010)

- *Combating the Financing of Transnational Threats*, co-authored with Michael Jacobson, Emirates Lecture Series #76 (Abu Dhabi: The Emirates Center for Strategic Studies and Research, 2009)

- *Rewriting the Narrative: An Integrated Strategy for Counterradicalization.  Report of the Task Force on Confronting the Ideology of Radical Extremism,* co-convener and co-author with Michael Jacobson and J. Scott Carpenter (Washington, DC: The Washington Institute for Near East Policy, March 2009)

- *Countering Transnational Threats: Terrorism, Narco-Trafficking, and WMD Proliferation,* co-edited with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, February 2009)

- *The Money Trail: Finding, Following and Freezing Terrorist Finances,* co-authored with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, October 2008)

- *Terrorist Threat and U.S. Response: A Changing Landscape,* co-edited with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, September 2008)

### *Chapters:*

- "Hamas's Not-So-Secret Weapon," in *Clueless in Gaza* (New York: Foreign Affairs, 2014)

- "The Syrian War, Israel, and Hezbollah's Ideological Crisis," in Patrick Clawson, Ed., *No Good Outcome: How Israel Could be Drawn into the Syrian Conflict*, Policy Focus 131, The Washington Institute for Near East Policy, November 2013

- "Stemming the Flow of Terrorist Financing: Practical and Conceptual Challenges," in Naveen Beekarry, Ed., *Combating Money Laundering and Terrorism Finance: Past and Current Challenges* (Edward Elger Publishing, 2013)

- "Hizballah's Canadian Procurement Network," in *Terror in the Peaceable Kingdom: Understanding and Addressing Violent Extremism in Canada*, Daveed Gartenstein-Ross and Senator Linda Frum, Editors (Washington, DC: FDD Press, 2012)

- "Hezbollah," in Ilan Berman, Chief Editor, *World Almanac of Islamism 2011* (Lanham, MD: Rowman & Littlefield, 2011)

- "Financial Sanctions," in Robin Wright, Editor, *The Iran Primer: Power, Politics, and U.S. Policy* (Washington, DC: U.S. Institute of Peace Press, 2010)

- "The Evolving Threat of International Terrorism and Government Response," in Boaz Ganor and Eitan Azani, Eds., *The Global Impact of Terrorism 2008* (The International Institute for Counter-Terrorism, 2010)

- "Threat Finance and Counterradicalization," in Ronald R. Luman, Editor, *2009 Unrestricted Warfare Symposium: Proceedings on Integrating Action for Attacks Involving: Terrorism, Resources, Economics and Cyberspace* (Laurel, Maryland: The Johns Hopkins University Applied Physics Laboratory, 2009)

- "Disrupting Adversary Networks," in Ronald R. Luman, Editor, *2008 Unrestricted Warfare Symposium: Proceedings on Integrating Strategy, Analysis, and Technology in Support of the U.S. War on Terrorism Campaign* (Laurel, Maryland: The Johns Hopkins University Applied Physics Laboratory, 2008)

- "Investigacion Y Persecution: Entrevista a Matthew Levitt," in *La Lucha Contra el Terrorismo y Sus Limites* (Madrid, Spain: Adhara Publicaciones, 2006)

- "Hizballah Finances: Funding the Party of God," in *Terrorism Financing and State Responses in Comparative Perspective* (Stanford CA:  Stanford University Press, 2006), available online at http://www.washingtoninstitute.org/templateC06.php?CID=772

- "Hamas Social Welfare: In the Service of Terror," in James JF Forest, editor, *The Making of a Terrorist: Recruitment, Training, and Root Causes* (New York: Praeger Publishers, 2005)

- "Hizballah's Global Reach," in Boaz Ganor, Editor, *Post Modern Terrorism: Trends, Scenarios and Future Threats* (Herzliya, Israel: The International Policy Institute for Counter-Terrorism, Herliya Project Publishing House, Ltd., 2005)

- "Iran and Syria: State Sponsorship in the Age of Terror Networks," in *Confronting Terrorism Financing* (Lanham, MD: University Press of America - American Foreign Policy Council, 2004)

- Several contributions to Peacewatch/Policywatch Anthology 2003: A Year of Victory and Challenge (Washington, DC: The Washington Institute for Near East Policy, 2004)

- "International Military Intervention and the Impact of Terrorism," in Robert B. Satloff, Ed., *International Military Intervention: A Detour on the Road to Israeli-Palestinian Peace* (Washington D.C.: The Washington Institute for Near East Policy, 2003)

- *Winning the Peace in the Middle East: A Bipartisan Blueprint for Postwar U.S. Policy*, coauthored with Patrick Clawson and David Makovsky and edited by Dennis Ross and Robert Satloff (Washington, DC: The Washington Institute for Near East Policy, 2003)

- Several contributions to Peacewatch/Policywatch Anthology 2002: America and the Middle East – Expanding Threat, Broadening Response (Washington, DC: The Washington Institute for Near East Policy, 2003)

- "Iranian State Sponsorship of Terrorism," *The Encyclopedia of World Terrorism, 1996-2002,* (Armonk, NY: Sharpe Reference, 2002), 379-382

- Several contributions to Peacewatch/Policywatch Anthology 2001: A Year of Terror (Washington, DC: The Washington Institute for Near East Policy, 2002), p. 174, 186, 423

- Several contributions to Peacewatch/Policywatch Anthology 1998: Inching Toward Peace, Inching Toward War (Washington, DC: The Washington Institute for Near East Policy, 1999), p. 78, 112

### Testimony/Lectures:

- "The Islamic State, Extremism, and the Spread of Transnational Terrorism," testimony before the Senate Committee on Foreign relations on April 12, 2016

- "Hezbollah's Growing Threat Against U.S. National Security Interests in the Middle East," testimony before the House Foreign Affairs Subcommittee on the Middle East and North Africa on March 22, 2016
- "Major Beneficiaries of the Iran Deal: IRGC and Hezbollah," testimony before the House Foreign Affairs Subcommittee on the Middle East and North Africa on September 17, 2015

- "The Implications of Sanctions Relief Under the Iran Agreement," testimony before the Senate Committee on Banking, Housing, and Urban Affairs on August 5, 2015

- "Status Report on Countering Terrorist Financing," testimony before the Canadian House of Commons Standing Committee on Finance and the Standing Senate Committee on National Security and Defence, May 11, 2015

- "New Battlefields/Old Laws: The Next Steps in Counterterrorism, Adapting to an Evolving and Expanding Battlefield," Workshop panel at World Summit on Counter-Terrorism, Herzliya, Israel, September 10, 2014

- "Iran's Involvement in Local, Regional, and Global Terrorism," Workshop panel at World Summit on Counter-Terrorism, Herzliya, Israel, September 10, 2014

- "Syria Spillover: The Growing Threat of Terrorism and Sectarianism in the Middle East," testimony before the Senate Foreign Relations Committee, March 6, 2014

- "Iran's Support for Terrorism Worldwide," Testimony before the House Committee on Foreign Affairs Subcommittee on Terrorism, Nonproliferation, and Trade, Subcommittee on the Middle East and North Africa, March 4, 2014

- "Examining the State Department's Report on Iranian Presence in the Western Hemisphere Nineteen Years after the AMIA Attack," Testimony before the House Committee on Foreign Affairs, Subcommittee on the Middle East and North Africa and Subcommittee on the Western Hemisphere, Washington DC, August 1, 2013

- "Threat to the Homeland: Iran's Extending Influence in the Western Hemisphere," Written Testimony before the House Committee on Homeland Security, Subcommittee on Oversight and Management Efficiency, Washington DC, July 9, 2013
- "Hearing on the Blacklisting of Hezbollah by the European Union," Testimony before the Foreign Affairs Committee, European Parliament, Brussels, Belgium, July 9, 2013
- "Threat to the Homeland: Iran's Extending Influence in the Western Hemisphere," written testimony before the House Committee on Homeland Security, Subcommittee on Oversight and Management Efficiency, July 9, 2013
- "Iranian Support for Terrorism and Violations of Human Rights," Testimony before the Standing Committee on Foreign Affairs and International Development, International Human Rights Subcommittee, House of Commons, Parliament of Canada, May 30, 2013
- "Understanding the Hezbollah and Iranian Attack Strategy: Plots from Bulgaria to Washington, DC," The Washington Institute for Near East Policy, New York City, April 30, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," U.S. Military Academy at West Point, West Point, NY, April 29, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Alexander Hamilton Center for Political Economy, New York University, New York City, April 25, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Terrorist Screening Center, Virginia, April 24, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," University of Maryland Hillel, April 20, 2013

- "Implications of Recent Developments in the Middle East," Lecture for J.P. Morgan Investor Seminar, Washington DC, April 19, 2013

- "Contending with Hezbollah Financing," panelist, Center for a New American Security (CNAS), Washington DC, April 17, 2013

- "Combating Terrorism: Protecting our Communities," panelist, conference on "European Union and United States Law Enforcement Co-operation Making it Safer for Citizens: A global Approach," An EU Rendez-Vous Event, Organized by the Delegation of the European Union to the United States and Europol, Washington, DC, April 16, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Terrorism, Transnational Crime, and Corruption Center (TraCCC), George Mason University, April 12, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," 4/5th Special Forces Group (Airborne), Fort Campbell, Kentucky, April 10, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," US Marine Corps Forces Cyber Command, Fort Meade, Maryland, April 5, 3013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Inter-University Center for Terrorism Studies, Potomac Institute, Arlington, VA, April 4, 2013

- "What Europe Should Do About Hezbollah," American Council on Germany and American Friends of Bucerius, New York City, April 3, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," DI Speaker Series, Directorate of Intelligence and Senior Intelligence Officer Council, Federal Bureau of Investigation, Washington DC, March 22, 2013

- "Hezbollah's Strategic Shift: A Global Terrorist Threat," Testimony before the House Foreign Affairs subcommittee on Terrorism, Proliferation and Trade, March 20, 2013

- "Hezbollah—A Threat for Europe?" The American Academy in Berlin Hans Arnold Center, Germany, March 18, 2013

- "Iran's Nuclear Program: News Paths out of the Deadlock?" Expert Discussion co-sponsored by AJC Berlin and the Heinrich Boll Stiftung, Berlin, Germany, March 18, 2013

- "Hezbollah—A Threat for Europe?" AJC Transatlantic Roundtable, JAC Berlin Ramer Institute, Germany, March 18, 2013

- "Europe's Hezbollah Problem," American University of Rome, Italy, March 13, 2013

- "Closing the Ranks on Iran: The United States, Israel, and Europe," panel at a conference on "Iran's Nuclear Program: New Paths out of the Deadlock?" Heinrich Boll Stifung and American Jewish Committee, Berlin, Germany, March 18, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," La Societa Italiana per l'Organizzazione Internazionale, in collaboration with the American Jewish Committee, Rome, Italy, March 13, 2013

- "Terror from Tehran: Iran as a Global Threat," forum lecture, AIPAC Policy Conference, Washington, DC, March

3, 2012

- "Inside Hezbollah: A Close Look at a Top Terrorist Organization," Scholar-in-Residence lecture, AIPAC Policy Conference, Washington, DC, March 3, 2012

- "Europe's Hezbollah Dilemma: What's Next?" Foundation for Defense of Democracies, Congressional Meeting Room South, Capitol Hill, March 1, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," George Washington University's Homeland Security Policy Institute, February 14, 2013

- "Europe's Hezbollah Problem," The Washington Institute for Near East Policy, February 8, 2013

- "The Fatah-Hamas Reconciliation: Threatening Peace Prospects," Testimony before the US House of Representatives, Committee on Foreign Relations, Subcommittee on the Middle East and South Asia, February 5, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," Maryland State Antiterrorism Advisory Council (ATAC), Howard County, Maryland, January 30, 2013

- "Hezbollah and Iran," Lectures for the FBI Fly Team, Northern Virginia, January 11, 2013

- "From Beirut to the Blue Ridge: Hezbollah's Reach into North America," Anti-Defamation League Advanced Training School, Extremist and Terrorist Threats Course, Washington DC, December 3, 2012

- "Hezbollah in Southeast Asia," Asymmetric Operations Working Group, Hybrid Threat Networks in the Asia Pacific Rim, Honolulu, HI, November 28, 2012

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Bureau of Intelligence and Research, U.S. Department of State, Washington, DC, November 19, 2012

- "Is Hezbollah a Threat to the U.S. and Canada?" Lecture at a workshop on "Understanding Hezbollah's Impact on the Security of Canada and the United States," held jointly by Canadian Security Intelligence Service and Public Safety Canada, Ottawa, Canada, November 13, 2012

- "Hezbollah, the Qods Force, and Iran's Shadow War Against the West," UK House of Commons, Henry Jackson Society, London, UK, November 7, 2012

- "Why Hezbollah is Europe's Problem Too," A Berlin Middle East Talk by Scholars for Peace in the Middle East and the Mideast Freedom Forum Berlin, Berlin, Germany, November 6, 2012

- "Why Hezbollah in Europe's Problem Too," Concordia Press Club, Stop The Bomb, Vienna, Austria, November 5, 2012

- "Crime without Punishment? Stopping Hezbollah's Terrorist and Criminal Activities, Friedrich-Naumann-Stiftung für die Freiheit and Transatlantic Institute, Belgium, Brussels, October 24, 2012

- "Hezbollah, Qods Force, and the Shadow War against the West," U.S. Special Operations Command, Tampa, FL, October 11, 2012

- "AQ finance," conference entitled, *Financial Intelligence (FININT) Support to Counterintelligence*, The US Army 902d Military Intelligence (MI) Group (Gp), Ft. Meade, MD, September 19, 2012

- "Hezbollah in the Hot Seat: Fallout from the Syrian Insurgency and Criminal Investigations," Workshop on Lebanon and Syria, 12th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 12, 20112

- "The Changing Political Topography of Shia Militancy in the Gulf and Beyond," Workshop on Sunni-Shia Tensions in Iraq and the Gulf, 12th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 12, 20112

- "Is al-Qaeda Central Still Relevant?" Moderator and panelist, Washington Institute Policy Forum, September 4, 2012, Washington DC

- "Hezbollah and Iran," Lecture for FBI Counterterrorism Investigation and Operations (CTIOPS) course, Manassas, VA., August 15, 2012

- "Israeli-Palestinian Conflict," Lecture for FBI Counterterrorism Investigation and Operations (CTIOPS) course, Manassas, VA., August 15, 2012

- "Hezbollah's Global Footprint," Lecture for Department of the Treasury, Treasury Executive Institute, Washington DC, June 28, 2012

- "Combating Terror Financing," Lecture for Scottish Police and UK Security Service, Glasgow, Scotland, June 12, 2012

- "The Middle East in the Arab Awakening," Lecture for J.P. Morgan Investor Conference, Washington DC, April 20, 2012

- "Hezbollah's Global Footprint," Lecture for Tennessee State Office of Homeland Security, Nashville, TN, April 9, 2012

- "Party of Fraud: Hizballah's Criminal Enterprises," Policy Forum panelist, The Washington Institute for Near East Policy, Washington DC, March 20, 2012

- "Iran, Hizballah and the Threat to the Homeland," Testimony before the House Committee on Homeland Security, Washington DC, March 21, 2012

- "Combating the Financing of Transnational Threats," Week long course taught for the Counter-Terrorism Studies Program, Executive Certificate Program at the Interdisciplinary Center (IDC), Herzliya, Israel, February 14-17, 2012

- "Iranian Terror Co-Chair of Roundtable Expert Meeting on "Rehabilitation and Reintegration of Violent Extremist Offender: Good Practices & Lessons Learned," co-sponsored by the International Centre for Counter-Terrorism – The Hague (ICCT) and the UN Interregional Crime and Justice Research Institute (UNICRI), The Hague, December 6-7, 2011

- "Iranian Terror Operations on American Soil," Testimony before a joint hearing of the House Homeland Security

Subcommittee on Counterterrorism and Intelligence and Subcommittee on Oversight, Investigations, and Management, Washington DC, October 26, 2011

- "September Reflections: Where We Stand Countering Terrorism and Pursuing Peace," New York University SHARP Lecture Series, New York City, September 20, 2011

- "Countering Terror Finance a Decade after 9/11," Workshop presentation at the 11th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 13, 2011

- "Hamas and Hezbollah as Hybrid Terrorist Organizations," Workshop presentation at the 11th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 13, 2011

- "Missing the Forest for the Trees: A Call for Strategic Counterterrorism Ten Years after 9/11," Plenary Keynote Lecture at the 11th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 12, 2011

- "Hamas Financing," Mid-Atlantic Regional Intelligence Group (MARIG), Federal Bureau of Investigation, Washington, DC, August 3, 2011

- "Terrorism in and from the Middle East," Security Policy Course on the Middle East, Royal Danish Defence College, Denmark, June 22, 2011

- "Leveraging Financial Intelligence to Combat Transnational Threats," Program on Terrorism and Security Studies, George C. Marshall European Center for Security Studies, Garmsich, Germany, July 13, 2011

- "Drivers of Homegrown Terrorism," panelist, at "Leading Thinkers" conference on "Terrorism in Canada: Threats, Vulnerabilities, and Strategies," Foundation for Defense of Democracies, Ottawa, Canada, June 12-13, 2011

- "Upstream Prevention and Downstream Disengagement, Rehabilitation and Reintegration," United Nations Interregional Crime and Justice Research Institute (UNICRI), Center on Polici9es to Counter the Appeal of Terrorism, Chairman of three afternoon panels on upstream prevention, Lucca, Italy, May 24-26, 2001

- "Combating Terror Financing," Comprehensive Security Response to Terrorism Course, Asia-Pacific Center for Security Studies (APCSS), Honolulu, Hawaii, March 16, 2011

- "Responding to Radicalization and Violent Extremism," panel moderator, "At the Crossroads of Violent Extremism and Foreign Directed Domestic Threats: Homeland Implications," conference cosponsored by the Department of Homeland Security, Federal Bureau of Investigation and hosted by the Office of the Director of National Intelligence, Washington, DC, February 17, 2001

- "Combating Violent Extremism: The Counterradicalization Debate in 2011," panel participant, The Washington Institute for Near East Policy, January 5, 2011

- "The Unifying Narrative in Domestic Radicalization," Panel chair at Colloquium on "Countering the Narrative: The Role of Ideology in the Radicalization Process," The Washington Institute for Near East Policy, Washington, DC, November 19, 2010

- Roundtable discussion on Counterterrorism, Lowy Institute, Sydney, Australia, November 9, 2010

- "Challenges and Opportunities in Financial Intelligence," Australian Transaction Reports and Analysis Center (AUSTRAC), Intelligence Branch, Sydney, Australia, November 8, 2010

- Roundtable discussion on Counterterrorism, Menzies Research Center, Sydney, Australia, November 8, 2010

- "International Terrorism Today: What we Need to Know," Australian Institute of International Affairs (AIIA), Melbourne, Australia, November 4, 2010

- Roundtable discussion on Counterterrorism and Counterproliferation at Office of National Assessments, Canberra, Australia, November 2, 2010

- "Combating Terror Finance," lecture at the Australian Federal Police (AFP) Advanced Counter Terrorism Investigations Program, Canberra, Australia, November 2, 2010

- "Glocalization of the Global Jihad," panel chair at Counterterrorim Colloquium on "Unconventional Warfare: Lessons for U.S. and Israeli Policy," The Washington Institute for Near East Policy, Washington, DC, October 29, 2010

- "What Policymakers can Learn from Palestinian Social Media," Discussant, Foundation for Defense of Democracies, Washington DC, October 19, 2010

- "Terrorism Networks" breakout panel at by-invitation-only conference on "Cutting the Fuse: Moving Beyond the War on Terror," New America Foundation and The University of Chicago, Washington DC, October 13, 2010

- "Combating Terror Financing," Comprehensive Security Response to Terrorism Course 10-1, Asia-Pacific Center for Security Studies (APCSS), Honolulu, Hawaii, July 28 2010

- "Disrupting the Flow of Funds to Terrorist Groups and their Supporters: How *The Justice Against Sponsors of Terrorism Act* Could Help," written testimony submitted to the Senate Committee on the Judiciary, Subcommittee on Crime and Drugs, Hearing entitled "Evaluating The Justice Against Sponsors of Terrorism Act, S. 2930," July 14, 2010

- "The Changing Face of Jihadi Terror: Lessons from the Near Miss in Times Square," panel with Juan Zarate and Dan Freedman, Washington Institute Lafer Symposium, New York City, June 14, 2010

- "Hezbollah and Hamas South of the Border: Terrorist Networks in Latin America," lecture at event on "Terrorists, Drug Traffickers and Gangs in Latin America: Undermining Democracy," The Hudson Institute, Washington, DC, Jun3 9, 2010

- "Combining Broad and Targeted Sanctions, Informal and Formal Sanctions," Washington Institute Colloquium "One Year After June 12: The Iranian Nuclear Impasse," Washington DC, June 3, 2010

- "Combating Terror Finance," Baltimore Joint Terrorism Task Force, Baltimore, MD, June 1, 2010

- "Anti-Money Laundering: Blocking Terrorist Financing and Its Impact on Lawful Charities," testimony before the House of Representatives Committee on Financial Services Subcommittee on Oversight and Investigations, May 26, 2010

- "Challenges for U.S. Policy in the War on Terror," ADL National Leadership Conference, Washington DC, May 3, 2010

- "Rewriting the Narrative: An Integrated Approach for Counterradicalization," Los Angeles Joint Regional Intelligence Center, Los Angeles, CA, May 11, 2010

- "Combating Terrorist Financing," Los Angeles Joint Regional Intelligence Center, Los Angeles, CA, May 11, 2010

- "Rewriting the Narrative: An Integrated Approach for Counterradicalization," National Security Management Course, National Security Studies Program, Maxwell School of Citizenship and Public Affairs, Syracuse University, April 29, 2010

- "Iran's Economic Health and the Impact of Sanctions," panelist at Carnegie Endowment for International Peace, Washington, D.C., April 27, 2010

- "A Strategic Approach to Counter-Radicalisation," Henry Jackson Society and Legatum Institute, London, UK, April 15, 2010

- "Combating Terrorist Financing," Counterterror Expo 2010," London, UK, April 15, 2010

- "Contending with Transnational Threats," Counterterror Expo 2010," London, UK, April 15, 2010

- "Counter Threat Finance Intelligence: What It Can and Cannot Do for Mission Success in Afghanistan," lecture at a DOD/USDI-sponsored  "Symposium on Counter-Threat Finance Intelligence and Why It Is Critical to Mission Success in Afghanistan," The Pentagon, Arlington, VA, February 1, 2010

- "The Obama Administration and Counterterrorism: A New Approach?" Parlor meeting lecture and discussion hosted by U.S. Consul General to Dusseldorf, Dusseldorf, Germany, January 27, 2010

- "Combating Terrorist Financing," Bundeskriminalamt (BKA), Meckenheim, Germany, January 27, 2010

- "The Obama Administration and Counterterrorism: A New Approach?" German Landeskriminalamt (LKA) Nordrhein-Westfalen, Dusseldorf, Germany, January 26, 2010

- "Finding and Following Terrorist Financial Networks - Challenges faced by Financial Intelligence Units," Financial Transactions and Reports Analysis Centre of Canada (FINTRAC), Ottawa, Canada, January 12, 2010

- "Hizballah Financing and Resourcing," Financial Transactions and Reports Analysis Centre of Canada (FINTRAC), Ottawa, Canada, January 12, 2010

- "Finding and Following Terrorist Financial Networks - Challenges faced by the Intelligence Community," Canadian Security Intelligence Service (CSIS), Ottawa, Canada, January 12, 2010

- "Terrorism, Crime and the Narco-Terror Connection," Canadian Security Intelligence Service (CSIS), Ottawa, Canada, January 12, 2010

13

- "Al Qaeda in the West Bank and Gaza: One Year After Cast Lead" The Washington Institute for Near East Policy, Washington DC, January 11, 2010

- "Combating the Financing of Transnational Threats," Seminar organized by Booz Allen Hamilton, December 16, 2009

- "The Threat of Islamist Terrorism: Have We Become Complacent?"  The Heritage Foundation, Washington DC, December 14, 2009

- "The Financing of Terrorist Organizations," American Institute for Contemporary German Studies (AICGS) workshop, Potsdam, Germany, December 7, 2009

- "Can Sanctions Work Against Iran?"  Indiana University, Bloomington, Indiana, November 30, 2009

- "Contending with Iran's Proxies," University of Maryland, November 18, 2009

- "Multilateral Issues in Combating Terror Finance," Comments to US-EU Troika meeting, US State Department, Washington DC, November 17, 2009

- "The Muslim Brotherhood," and "Hamas," and "Global Jihadist Movements," New Agent Training Lectures at FBI Academy, Quantico, VA, November 12, 2009

- "Hizballah," lecture at conference on "Israel's Counterterrorism Challenges and Implications for the United States," Center for Peace and Security Studies, Edmund A. Walsh School of Foreign Service, Georgetown University (co-sponsored by NCTC), Washington DC, September 23, 2009

- "Terrorist Financing: A Look Inside," panel lecture organized by the ABA Section of International Law International Anti-Money Laundering Committee and the Association of Certified Anti-Money Laundering Specialists, Washington DC, September 23, 2009

- "Contending "FININT 101: Introduction to Financial Intelligence," Seminar organized by Booz Allen Hamilton, September 21, 2009

- "Contending with Iran's State Sponsorship of Terrorism in the Context of its Nuclear Program," World Summit on Counter-Terrorism: Terrorism's Global Impact, International Institute for Counter-Terrorism (ICT) 9th Annual International Conference, Herzliya, Israel, September 7, 2009

- "Minimizing Potential Threats from Iran: Assessing Economic Sanctions and Other U.S. Policy Options," Testimony before Senate Committee on Banking, Housing and Urban Affairs, U.S. Senate, July 30, 2009

- "Disrupting Adversary Networks: Combating Terror Finance," George C Marshal Center, Garmisch, Germany, July 16, 2009

- "Minimizing Potential Threats from Iran: Assessing Economic Sanctions and Other U.S. Policy Options," Testimony before Senate Committee on Banking, Housing and Urban Affairs, U.S. Senate, July 30, 2009

14

- "Contending with Iran's State Sponsorship of Terrorism in the Context of its Nuclear Program," World Summit on Counter-Terrorism: Terrorism's Global Impact, International Institute for Counter-Terrorism (ICT) 9th Annual International Conference, Herzliya, Israel, September 7, 2009

- "FININT 101: Introduction to Financial Intelligence," Seminar organized by Booz Allen Hamilton, September 21, 2009

- "Terrorist Financing: A Look Inside," panel lecture organized by the ABA Section of International Law International Anti-Money Laundering Committee and the Association of Certified Anti-Money Laundering Specialists, Washington DC, September 23, 2009

- "Hizballah," lecture at conference on "Israel's Counterterrorism Challenges and Implications for the United States," Center for Peace and Security Studies, Edmund A. Walsh School of Foreign Service, Georgetown University (co-sponsored by NCTC), Washington DC, September 23, 2009

- "Foreign Fighters and their Economic Impact: A Case Study of Syria and al Qaeda in Iraq (AQI)," Foreign Policy Research Institute conference, Washington DC, July 14, 2009

- "Rewriting the Narrative: An Integrated Strategy for Counterradicalization," HSPI Policy and Research Forum, Homeland Security Policy Institute, George Washington University, Washington DC, June 4, 2009

- "Rewriting the Narrative: An Integrated Strategy for Counterradicalization," Luncheon Briefing at the Transatlantic Institute, Brussels, Belgium, April 2, 2009

- "Rewriting the Narrative: An Integrated Strategy for Counterradicalization," Danish Institute for International Studies (DIIS), Copenhagen, Denmark, April 1, 2009

- "The Money Trail: Finding, Following and Freezing Terrorism Finances," with Michael Jacobson, Bi-partisan Anti-Terrorism Caucus Briefing, Cannon House Office Building, March 12, 2009

- "Terror Finance: The Imperative of Interagency Synergy," testimony before the House Committee on Armed Services Subcommittee on Terrorism and Unconventional Threats and Capabilities, March 11, 2009, available online at http://www.washingtoninstitute.org/templateC07.php?CID=449

- "Internationalizing the Financial Flight against Terror Finance," lecture at the George C. Marshall Center, Garmisch, Germany, March 4, 2009

- "Dealing with Hamas: Future Pathways for Britain," lecture at the Quilliam Foundation, London, March 3, 2009

- "Fixing Fissures: What Role for the United States in the World – the Case of the Middle East," lecture for Young Professionals in Foreign Policy (London), co-sponsored by the U.S. Embassy London, March 2, 2009

- "Scaling Back the 'Long War'?  How Obama will Combat Terrorism," lecture at the International Institute for Strategic Studies, London, March 2, 2009

- "Reforming U.S. Counter-Terrorism Assistance Programs," Hill briefing sponsored by the Potomac Institute for Policy Studies, Rayburn House Office Building, February 12, 2009

- "The Money Trail: Finding, Following and Freezing Terrorism Finances," with Michael Jacobson, National Counterterrorism Center Lunch and Learn Distinguished Speakers Series, January 26, 2009

- "What Next in Gaza?" Congressional Staff Briefing for the Democratic Israel Working Group, Rayburn House Office Building, Washington, DC, January 16, 2009

- "Negotiating Under Fire," Center for Peace and Security Studies, School of Foreign Service, Georgetown University, Washington, DC, January 15, 2009

- "The Money Trail: Finding, Following and Freezing Terrorist Finances," Woodrow Wilson International Center for Scholars, Council on Global Terrorism, Washington, DC, January 13, 2009

- "Crime-Terror Nexus:  Illicit Networks, Terrorism, Insurgency and WMD Proliferation," National Defense University's Near East/South Asia Center, Washington, D.C., December 5, 2008

- "Combating the Ideology of Radical Jihadism," The Washington Institute for Near East Policy, Los Angeles, November 25, 2008

- "The Money Trail: Finding, Freezing and Following Terrorist Financing," with Michael Jacobson, The Washington Institute for Near East Policy, November 17, 2008

- "Iran, Hamas and the Palestinians," panel at conference on 'Iran, Hezbollah and Hamas: Tehran's War against the West by Proxy?" Hudson Institute, Washington, D.C., November 19, 2008

- "Negotiating Under Fire," The Program on Negotiation at Harvard Law School, Cambridge, MA, November 12, 2008

- "The Money Trail: Finding, Freezing and Following Terrorist Financing," The International Security Studies Program at Tufts University's Fletcher School of Law and Diplomacy, Medford, MA, November 13, 2008

- "The Utility of Targeted Financial Measures to Deal with Iran," Brandeis University's Crown Center for Middle East Studies, Waltham, MA, November 13, 2008

- "The Money Trail: Finding, Freezing and Following Terrorist Financing," with Michael Jacobson, The Washington Institute for Near East Policy, November 17, 2008

- "Iran, Hamas and the Palestinians," panel at conference on 'Iran, Hezbollah and Hamas: Tehran's War against the West by Proxy?" Hudson Institute, Washington, D.C., November 19, 2008

- "Combating the Ideology of Radical Jihadism," The Washington Institute for Near East Policy, Los Angeles, November 25, 2008

- "Crime-Terror Nexus:  Illicit Networks, Terrorism, Insurgency and WMD Proliferation," National Defense University's Near East/South Asia Center, Washington, D.C., December 5, 2008

- "Opportunities for the Next Administration: Targeting Terrorist Finances," Homeland Security Policy Institute at The George Washington University, October 7, 2008

- "The Evolving Threat of International Terrorism and the U.S. Government Response," Plenary Address at the World Summit on Counter-Terrorism: Terrorism's Global Impact, The International Institute for Counter-Terrorism, Herzliya, Israel, September 9, 2008

- "The Terrorism-Crime Nexus," lecture at The Combating Terrorism Center at West Point, U.S. Military Academy, April 24, 2008

- "Iran and the United States: Outlook for the Next Decade?" Rayburn House Office Building, co-sponsored by the Counterterrorism Foundation; the Inter-University Center for Terrorism Studies, the International Center for Terrorism Studies at the Potomac Institute for Policy Studies, and the Inter-University Center for Legal Studies at the International Law Institute, Washington DC, April 15, 2002

- 2008 Unrestricted Warfare Symposium on *Integrating Strategy, Analysis, and Technology in Support of the U.S. War on Terrorism Campaign*, roundtable on "Disrupting Adversary Networks," Johns Hopkins University, Applied Physics Laboratory, Laurel, Maryland, March 10-11, 2008

- "Practical and Conceptual Challenges to Counter the Financing of Terrorism," NYPD Financial Intelligence Workshop, New York, March 6, 2008

- "Targeted Financial Measures to Protect National Security," Treasury Legal Division annual conference, U.S. Mint, Washington, DC, February 29, 2008

- Panel on "Perspectives on the Long War," Marine Corps Command and Staff College, Quantico, Virginia, February 26, 2008

- "The "Israel, the Palestinian Territories, and the Peace Process: Domestic, Regional and International Perspectives," A Workshop Sponsored by the U.S. intelligence community, CENTRA Technology, Inc., Arlington, Virginia, February 6, 2008

- "The Future of Palestinian Terrorism," A Workshop Sponsored by the U.S. intelligence community, CENTRA Technology, Inc., Arlington, Virginia, January 8-9, 2008

- "National Finance and Global Security:  Status Check on the Effort to Combat Terror Financing," Carnegie Council, New York City, November 29, 2007

- "Combating Terror Financing," 2nd Annual Anti-Money Laundering & Counter-Terrorist Financing Forum, New York City, November 28, 2007

- "Hamas: Politics, Charity and Terrorism in the Service of Jihad," American Council on Germany, New York City, November 27, 2007

- "Combating Terror Financing," Department of Justice Executive Law Enforcement Summit, Lake Tahoe, California,    November 5, 2007

- Moderator, "Homegrown Radicalism in the United States," The Washington Institute for Near East Policy's annual Weinberg Founder's Conference, October 19-21, 2007, Leesburg, Virginia.

- "Combating the Financing of Transnational Threats," Anti-Terrorism Caucus, U.S. House of Representatives, Washington, D.C., October 23, 2007

- Moderate session with Under Secretary of the Treasury Stuart Levey on "Iran Sanctions: Where We are and Where We are Going," Radio Free Europe / Radio Liberty, Washington DC, October 16, 2007

- Chair panel on "Security in the West Bank" at a conference entitled "Whither the Palestinians?  Politics and Policy at a Time of Crisis," The Washington Institute for Near East Policy, July 30, 2007

- "Adding Hezbollah to the EU Terrorism List," written testimony before the Committee on Foreign Affairs, Subcommittee on Europe, United States House of Representatives, June 20, 2007, available online at http://www.washingtoninstitute.org/templateC14.php?CID=352

- Speaker on panel on "The Levant, Maghreb and Sub-Saharan Africa," International Terrorism and Intelligence 2007 (ITI 2007) Conference, hosted by the University of St. Andrews Centre for the Study of Terrorism and Political, Washington DC, June 13, 2007

- "Understanding the Threat: Contemporary Terrorism and the American Response," Anti Defamation League (ADL) Advanced Training School, June 11, 2007, Washington, D.C.

- "Terror Financing: New Trends and Developments," Training Day on Counterterrorism, German Ministry of Foreign Affairs, Berlin, German, June 7, 2007

- "Internationalizing the Financial Fight against Terrorism," George C. Marshall European Center for Security Studies in Garmisch, Germany, June 6, 2007

- Panelist at session on "Policy Options" at a workshop on "Confronting the Iranian Threat: The Way Forward. What We Know and what to Do."  Foundation for Defense of Democracies, Freeport, Bahamas, May 30 – June 1, 2007

- "Financial Tools to Combat the Evolving Terrorist Threat," with Michael Jacobson, Soref Symposium, The Washington Institute for Near East Policy, Washington, DC, May 10, 2007

- "State Sponsorship of Terrorism in the Age of Binladenism," National Security Management Course, Maxwell School of Citizenship and Public Affairs, Syracuse University, May 8, 2007

- "Confronting the Iranian Threat," Anti-Defamation League Leadership Conference, Washington DC, April 30, 2007

- "Power of the Purse: Combating Terror Finance," seminar sponsored by Eden Intelligence at the Royal College of Defense Studies, Seaford House, Belford Square, London, England, April 26, 2007

- "Hamas: Politics, Charity and Jihad," Chatham House, Middle East Programme Roundtable Meeting, London, England, April 25, 2007, audio of lecture available online at

- "Can Sanctions and Financial Restrictions Avoid a Showdown with Iran?"  Transatlantic Institute Roundtable Discussion at the Residence Palace, Brussels, Belgium, April 24, 2007

18

- "Hamas: Politics, Charity and Terrorism in the Service of Jihad," Transatlantic Institute Roundtable Discussion, Brussels, Belgium, April 23, 2007

- "Pulling Tehran's Purse Stings: Leveraging Sanctions and Market Forces to Alter Iranian Behavior," testimony before the House of Representatives Committee on Foreign Affairs Subcommittee on Terrorism, Nonproliferation and Trade and Subcommittee on the Middle East and Central Asia, March 15, 2007, available online at http://www.washingtoninstitute.org/templateC07.php?CID=333

- "Teaching Terror: How Hamas Radicalizes Palestinian Society," comments for a panel discussion on the topic of environments that enable terrorism at a conference titled, "The Roots of Terror: Understanding the Evolving Threat of Global Terrorism," sponsored by Women in International Security and the U.S. Army War College, February 12, 2007, available online at http://www.washingtoninstitute.org/templateC07.php?CID=331

- "Follow the Money: Challenges and Opportunities in the Campaign to Combat Terrorism Financing," Policy Forum at The Washington Institute for Near East Policy, February 23, 2007, available online at http://www.washingtoninstitute.org/templateC05.php?CID=2576

- "Iran's Pretensions and a Turbulent Middle East," lecture at a conference on "US-Iran Relations: Collision, Stand-Off, or Convergence?" sponsored by The New America Foundation and The National Iranian American Council, Washington, DC, February 14, 2007

- "Understanding the Terrorist Threat," Presentation via VTC for the George C. Marshall European Center for Security Studies in Garmisch, Germany, February 6, 2007

- "Advantages and Limits to Evidence-Based Analysis," commentary on a panel on "Future Directions: How Can We Determine Which Analytic Practices Work?  Can Analytic Practices Become Evidence-Based?" at a conference sponsored by the Office of the Director of National Intelligence (ODNI) on Improving Intelligence Analysis, Chantilly, Virginia, January 10, 2007

- "Hezbollah Fundraising through Criminal Enterprises," Testimony before the Committee on Governmental Affairs, United States Senate, May 25, 2005, available online at http://www.washingtoninstitute.org/templateC07.php?CID=238

- "Islamic Extremism in Europe – Beyond al-Qaeda: Hamas and Hezbollah in Europe," Testimony before the Committee on International Relations, Subcommittee on Europe and Emerging Threats, United States House of Representatives, April 27, 2005, available online at http://www.washingtoninstitute.org/templateC07.php?CID=234

- "Iranian State Sponsorship of Terror: Threatening U.S. Security, Global Stability, and Regional Peace," Testimony before the Committee on International Relations, Subcommittee on the Middle East and Central Asia Subcommittee on International Terrorism and Nonproliferation, United States House of Representatives, February 16, 2005, available online at http://www.washingtoninstitute.org/templateC07.php?CID=228

- "Charitable Organizations and Terrorist Financing: A War on Terror Status-Check," Paper presented at the workshop "The Dimensions of Terrorist Financing," University of Pittsburgh, March 19, 2004, available online at http://www.washingtoninstitute.org/templateC07.php?CID=104

- "Terrorism in West Africa, Post 9/11," A rapporteur's summary of remarks to a workshop on "Oil, Terrorism, and

More: The Growing Strategic Significance of West Africa" organized by the CNA Corporation's Center for Strategic Studies, March 1, 2004, available online at http://www.washingtoninstitute.org/templateC07.php?CID=101

- "Hezbollah: A Case Study of Global Reach" Remarks to a conference on "Post-Modern Terrorism: Trends, Scenarios, and Future Threats," International Policy Institute for Counter-Terrorism, Herzliya, Israel, September 8, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=132

- "Untangling the Terror Web: The Need for a Strategic Understanding of the Crossover Between International Terrorist Groups to Successfully Prosecute the War on Terror," Testimony before the Committee on Banking, Housing, and Urban Affairs, United States Senate, October 22, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=15

- Chaired panel discussion on "The Matrix of International Terrorism: The Global Jihadist Threat" at a conference entitled "Between Hope and Challenge: The Bush Administration and the Middle East, 2003," The Washington Institute for Near East Policy, Lansdowne, Virginia, September 19-21, 2003.

- "Subversion From Within: Saudi Funding of Islamic Extremist Groups Undermining US Interests and the War on Terror from within the United States," Testimony before the Subcommittee on Terrorism, Technology and Homeland Security, Judiciary Committee, U.S. Senate, September 10, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=13

- "Combating Terrorist Financing: Where the War on Terror Intersects the 'Road Map'," *Jerusalem Issue Brief (Jerusalem Center for Public Affairs),* August 14, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=481

- "Fighting Illegal Transfers Through Alternative Means of Money Transfer," Remarks to a Conference on "The Economic War on Terrorism: Money Laundering and Terrorist Financing" Garmisch, Germany, George C. Marshall European Center for Security Studies in cooperation with U.S. Department of the Treasury, U.S. Federal Bureau of Investigation, US Department of Justice, July 21-25, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=11

- "Developing Global Mechanisms to Combat Terror:  Stemming the Flow of Terrorist Financing," Remarks to a Conference on "Global Terrorism:  If This is World War III, How Do We Win?"  Sponsored by the Strategic Dialogue Center, Netanya College, Israel, New York City, April 6, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=134

- "Culture and the Practice of Deception: Discussant Comments," Colloquium on Foreign Strategic Denial and Deception, The Cantril Group, May 15, 2003

- "The Causes of the 9/ll Attacks and the Scope of the Threat," Address to the 19th World Media Conference: "Media's Role in Peace and Conflict: Covering the Consequences of 9/11," Plenary Session I, "The Causes of the 9/11 Attacks and the Scope of the Threat" Washington, D.C., September 27, 2002, available online at http://www.wmassociation.com/reports/spkers/levitt.html

- "Syrian Sponsorship of Global Terrorism: The Need for Accountability," Testimony on the Syrian Accountability

Act before the Subcommittee on the Middle East and South Asia, Committee on International Relations, United States House of Representatives, September 18, 2002, available online at http://www.washingtoninstitute.org/templateC07.php?CID=14

- "Charitable and Humanitarian Organizations in the Network of International Terrorist Financing," Testimony before the Subcommittee on International Trade and Finance, Committee on Banking, Housing, and Urban Affairs, United States Senate (August 1, 2002), available online at http://www.washingtoninstitute.org/templateC07.php?CID=138

*Journal Articles:*
- "The Islamic State's Lone-Wolf Era Is Over," *Foreign Policy*, March 24, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-islamic-states-lone-wolf-era-is-over

- "Iranian and Hezbollah Operations in South America: Then and Now," *PRISM,* December 16, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/iranian-and-hezbollah-operations-in-south-america-then-and-now

- "Anatomy of a Bombing," *Foreign Affairs,* September 1, 2015, available online at https://www.foreignaffairs.com/articles/lebanon/2015-09-01/anatomy-bombing

- "Waking Up the Neighbors: How Regional Intervention is Transforming Hezbollah," *Foreign Affairs,* July 23, 2015, available online at https://www.foreignaffairs.com/articles/israel/2015-07-23/waking-neighbors

- "Keeping Iran's Feet to the Fire," *Foreign Policy*, July 14, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/keeping-irans-feet-to-the-fire

- "Hezbollah Pulled Between Resistance to Israel and Defense of Syria," *CTC Sentinel,* Vol 8, Issue 2, February 2015, available online at http://www.washingtoninstitute.org/uploads/Documents/opeds/Levitt20150227-CTCSentinel.pdf

- "The Composing of ISIS: Let it Rot," *CCHS Security Insights,* February 4, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-composting-of-isis-let-it-rot

- "Can Argentina Find Justice Without Alberto Nisman?" *Foreign Policy,* January 22, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/can-argentina-find-justice-without-alberto-nisman

- "Hezbollah's Syrian Quaqmire," *PRISM,* Vol 5, Issue 4, September 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-syrian-quagmire

- "Hezbollah and Iran's Strategic Partnership," *Harvard Journal of Middle East Politics and Policy*, Vol. III, 2013-2014

- "Hamas's Not-So-Secret Weapon," *Foreign Affairs*, July 9, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hamass-not-so-secret-weapon

- "Regional Implications of the War in Syria," *Defense Dossier*, Issue 11, June 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/regional-implications-of-the-war-in-syria

- "Hezbollah's Man in Egypt," *Perspectives on Terrorism*, Vol 8, Issue 2, April 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-man-in-egypt

- "Hizb Allah's Gambit in Syria," with Aaron Y. Zelin, *CTC Sentinel*, Special Issue, Vol 6 Issue 8, August 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hizb-allahs-gambit-in-syria

- "Hezbollah's Organized Criminal Enterprises in Europe," *Perspectives on Terrorism*, Vol 7 Issue 4, August 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-organized-criminal-enterprises-in-europe

- "Criminal Connections: Hizbullah's Global Illicit Financial Activities," *IHS Defense, Risk and Security Consulting*, September 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/criminal-connections-hizbullahs-global-illicit-financing-activities

- "Hizbullah Narco-Terrorism: A Growing Cross-Border Threat," *IHS Defense, Risk and Security Consulting*, September 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/hizbullah-narco-terrorism-a-growing-cross-border-threat

- "The Tragedy in Toulouse: When Kinetic Counterterrorism Tactics Aren't Enough," *HSPI Commentary* 26, The Homeland Security Policy Institute, The George Washington University, March 29, 2012, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1849

- "Money Troubles: The Financial Woes of al-Qaeda's Leaders," *IHS Jane's*, January 2012, available online at www.washingtoninstitute.org/templateC06.php?CID=1830

- "It's the Ideology, Stupid," *Journal of International Security Affairs*, September 2011, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1710

- "Hezbollah: Party of Fraud," *Foreign Affairs*, July 27, 2011, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1685

- "Follow the Money: Leveraging Financial Intelligence to Combat Transnational Threats," *Georgetown Journal of International Affairs* (Winter/Spring 2011), available online at http://www.washingtoninstitute.org/templateC06.php?CID=1606

- "Al Qaeda Targeting Israel: Between Rhetoric and Reality," *Orbis,* volume 54, number 3 (Summer 2010)

- "Tracking Narco-Terrorist Networks: The Money Trail," co-authored with Michael Jacobson, *The Fletcher Forum of International Affairs*, vol. 34:1, winter 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1444

- "What Europe Can Do to Secure a Deal with Iran," *Europe's World* (Spring 2010), available online at http://www.washingtoninstitute.org/templateC06.php?CID=1425

- "Syria's Financial Support for Jihad," *Middle East Quarterly* (Winter 2010), available online at http://www.meforum.org/2579/syria-financial-support-jihad

- "Staying Solvent – Assessing Al-Qaeda's Financial Portfolio," co-authored with Michael Jacobson in *Al-Qaeda's Senior Leadership (AQSL) – a Jane's Strategic Advisory Services (JSAS) supplement,* IHS Jane's, November 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1396

- "Hamas's Ideological Crisis," *Current Trends in Islamist Ideology* (November 2009), available online at http://www.washingtoninstitute.org/templateC06.php?CID=1376

- "Israel as an Al-Qa'ida Target: Sorting Rhetoric from Reality," *CTC Sentinel*, volume 2:10, October 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1370

- "Foreign "South of the Border, a Threat from Hezbollah," *Journal of International Security Affairs*, Spring 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/south-of-the-border-a-threat-from-hezbollah

- "Foreign Fighters and Their Economic Impact: A Case Study of Syria and al-Qaeda in Iraq," *Perspectives on Terrorism*, Volume 3, Issue 3, September 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1363

- "Confronting the Ideology of Radical Extremism," co-authored with J. Scott Carpenter and Michael Jacobson, *Journal of National Security Law & Policy*, volume 3:2, Fall 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1354

- "The Making of a Martyr" (Book Review), *The Journal of International Security Affairs*, Fall 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1353

- "Drug Wars: How Obama can Use Narcotics Enforcement to Fight Terrorism," co-authored with Michael Jacobson, *The New Republic*, January 26, 2009 available online at http://www.washingtoninstitute.org/templateC06.php?CID=1223

- "The U.S. Campaign to Squeeze Terrorist's Financing," co-authored with Michael Jacobson, *Columbia Journal of International Affairs*, Fall/Winter 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1196

- "Al Qa'ida's Finances: Evidence of Organizational Decline?" *CTC Sentinel*, April 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1150

- "Could Hamas Target the West?" *Studies in Conflict & Terrorism*, vol. 30, no. 11, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1098

- "Countering the Theological Case for 'Economic Jihad' is Vital," *RUSI/Jane's Homeland Security and Resilience Monitor*, (July 1, 2005), available online at http://www.washingtoninstitute.org/opedsPDFs/42a8bf8bbf6a6.pdf

- "Hamas and Islamic Jihad Clash over 'Media Jihad'," *RUSI/Jane's Homeland Security and Resilience Monitor*,

January 12, 2005, available online at http://www.washingtoninstitute.org/templateC06.php?CID=768

- "Zarqawi's Jordanian Agenda," (with Julie Sawyer), *Terrorism Monitor: In-Depth Analysis of the War on Terror*, Vol. II, Issue 24, The Jamestown Foundation (December 16, 2004), available online at http://www.jamestown.org/publications_details.php?volume_id=400&issue_id=3179&article_id=2369022

- "Untangling the Terror Web: Identifying and Counteracting the Phenomenon of Crossover between Terrorist Groups," *SAIS Review*, vol. XXIV, no. 1 (Winter-Spring 2004), available online at http://www.washingtoninstitute.org/templateC06.php?CID=786

- "USA Ties Terrorist Attacks in Iraq to Extensive Zarqawi Network," *Jane's Intelligence Review, Terrorism and Insurgency*, April 1, 2004 (posted online March 16, 2004), available online at http://www.washingtoninstitute.org/templateC06.php?CID=471

- "Hizbullah's African Activities Remain Undisrupted," *RUSI/Jane's Homeland Security and Resilience Monitor*, March 1, 2004 (posted online February 4, 2004), available online at http://www.washingtoninstitute.org/templateC06.php?CID=463

- "Hamas from Cradle to Grave," *Middle East Quarterly*, vol. 11, no. 1 (January 2004), available online at http://www.meforum.org/article/582

- "Hezbollah's West Bank Terror Network," *Middle East Intelligence Bulletin (MEIB)*, vol. 5, no. 8 (August 2003), available online at http://www.meib.org/articles/0308_13.htm

- "Confronting Syrian Support for Terrorist Groups," *Middle East Intelligence Bulletin (MEIB)*, vol. 5, no. 5 (May 2003), available online at http://www.meib.org/articles/0305_s1.htm

- "Stemming the Flow of Terrorist Financing: Practical and Conceptual Challenges." *The Fletcher Forum of World Affairs*, vol. 27, no. 1, (Winter/Spring 2003), available online at http://fletcher.tufts.edu/forum/27-1pdfs/Levitt3.pdf

- "The Political Economy of Middle East Terrorism," *The Middle East Review of International Affairs (MERIA) Journal*, vol. 6, no. 4 (December 2002), available online at http://www.washingtoninstitute.org/templateC06.php?CID=794

- "Sponsoring Terrorism: Syria and Islamic Jihad," *Middle East Intelligence Bulletin (MEIB)*, vol. 4, no. 11 (November 2002), available online at http://www.meforum.org/meib/articles/0211_s1.htm

- "Eradicating Evil: Cracking Down on Terrorist Financing," *Harvard International Review online,* vol. XXIV, Issue 3, (Fall 2002), available online at http://www.hir.harvard.edu/articles/index.html?id=1080

- "War on Terrorism Scorecard," *Middle East Quarterly,* vol.  9, no. 3 (Summer 2002), available online at http://www.meforum.org/article/494

- "The Taliban, Islam, and Women's Rights in the Muslim World," *The Fletcher Forum of World Affairs*, vol. 21, no. 1 (Winter/Spring 1998)

- "Kilometer 101: Oasis or Mirage?  An Analysis of Third-Party Self-Interest in International Mediation," *Mediation Quarterly*, vol. 15, no. 2, (Winter 1998); earlier version published in The Program on Negotiation at Harvard Law School, *Working Paper Series,* no. 96-1 (March 1996), and presented at a Ph.D. conference entitled "Conflict Studies: A New Generation of Ideas" held at The University of Massachusetts, Boston, MA, October 4-5, 1996.

- Academic Book Review of <u>Faith and Freedom: Women's Human Rights in the Muslim World</u>, Mahnaz Afkhami, Ed. (Syracuse University Press, 1995), *Journal of International Affairs,* vol. 50, no. 1 (Summer 1996)

- "Let Them Eat Figs: An Analysis of the Negotiation Process Leading to the Madrid Peace Conference," The Program on Negotiation at Harvard Law School, *Working Paper Series,* no. 94-4 (February 1994)

- A variety of classified articles published in FBI and U.S. intelligence community publications, 1998-2001

*Editorial Articles:*

- "Hizbullah Under Fire in Syria," co-authored with Nadav Pollak, *Tony Blair Faith Foundation,* June 9, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/hizbullah-under-fire-in-syria

- "The View from Tehran's Twilight Zone: Iran's Continued Illicit Finance Activities and Their Implications," *Henry Jackson Society*, May 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-view-from-tehrans-twilight-zone

- "Where Iran's Complaint About Banking Integration Misses the Mark," *Wall Street Journal*, April 18, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/where-irans-complaint-about-banking-integration-misses-the-mark

- "My Journey Through Brussels' Terrorist Safe Haven," *Politico*, March 27, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/my-journey-through-brussels-terrorist-safe-haven

- "Brussels Attacks Raise Questions on Readiness," *New York Times*, March 22, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/brussels-attacks-raise-questions-on-readiness

- "Genocide or Not, Civilians Need Protection from ISIS," *The Hill*, March 11, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/genocide-or-not-civilians-need-protection-from-isis

- "Behind the GCC's Terrorist Designation of Hizbullah," *Tony Blair Faith Foundation* March 10, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/behind-the-gccs-terrorist-designation-of-hizbullah

- "The Crackdown on Hezbollah's Financing Network," *Wall Street Journal*, January 27, 2016,available online at http://www.washingtoninstitute.org/policy-analysis/view/the-crackdown-on-hezbollahs-financing-network

- "Prisoner Release," *Cipher Brief*, January 20, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/prisoner-release

- "A Counterterrorism Restructuring That Can't Work Without Funding," *Wall Street Journal* January 16, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/a-counterterrorism-restructuring-that-cant-work-without-funding

- "America May Have Unlocked a Key to Fighting Terrorism -- and It Doesn't Involve Drones," *Washington Post*, January 8, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/america-may-have-unlocked-a-key-to-fighting-terrorism-and-it-doesnt-involve

- "U.S. Sanctions Delay Could Open Door for Iranian Weapons Violations," *Wall Street Journal,* January 1, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/u.s.-sanctions-delay-could-open-door-for-iranian-weapons-violations

- "As Argentinian 'Truth Commission' Ends Before It Starts, Time to Investigate Iranian Agents," *The Hill*, December 28, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/as-argentinian-truth-commission-ends-before-it-starts-time-to-investigate-i

- "The Islamic State Is Financially Self-Sufficient," *BBC News*, December 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-islamic-state-is-financially-self-sufficient

- "Two Steps to Crack Down on Islamic State Financing Options," *Wall Street Journal,* December 17, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/two-steps-to-crack-down-on-islamic-state-financing-options

- "On Iran Sanctions, Mixed News -- and Warnings for Potential Investors," *Wall Street Journal,* December 9, 2015 available online at http://www.washingtoninstitute.org/policy-analysis/view/on-iran-sanctions-mixed-news-and-warnings-for-potential-investors

- "Sophisticated Finances That Could Trip Up ISIS," *New York Times*, November 22, 2015 available online at http://www.washingtoninstitute.org/policy-analysis/view/sophisticated-finances-that-could-trip-up-isis

- "How Do ISIS Terrorists Finance Their Attacks?" *The Hill,* November 18, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/how-do-isis-terrorists-finance-their-attacks

- "How to Beat ISIL Without 50,000 Troops," *Politico,* November 18, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/how-to-beat-isil-without-50000-troops

- "The Middle East After the Iran Nuclear Deal: Hezbollah," *Council on Foreign Relations*, September 7, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-middle-east-after-the-iran-nuclear-deal-hezbollah

- "Inside Hezbollah's European Plots," *Daily Beast*, July 20, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/inside-hezbollahs-european-plots

- "With Nisman Dead, AMIA Case Falls Down the Rabbit Hole," *Clarin,* June 4, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/with-nisman-dead-amia-case-falls-down-the-rabbit-hole

- "Why the Saudis Just Blacklisted Two Lebanese Militants," *The Hill,* May 29, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/why-the-saudis-just-blacklisted-two-lebanese-militants

- "Brooklyn Terror Plot Shows No Community Is Immune," co-authored with Kelsey Segawa, *New York Daily News,* February 26, 2015 available online at http://www.washingtoninstitute.org/policy-analysis/view/brooklyn-terror-plot-shows-no-community-is-immune

- "The P.L.O. Verdict Should Be No Surprise," *New York Times*, February 25, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-p.l.o.-verdict-should-be-no-surprise

- "Why the CIA Killed Imad Mughniyeh," *Politico*, February 9, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/why-the-cia-killed-imad-mughniyeh

- " 'Fox' Hunt: The Search for Hezbollah's Imad Mughniyeh," *The Hill* February 4, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/fox-hunt-the-search-for-hezbollahs-imad-mughniyeh

- "Israel vs. Hezbollah, Spy vs. Spy," *National Post*, January 19, 2015, available online at

http://www.washingtoninstitute.org/policy-analysis/view/israel-vs.-hezbollah-spy-vs.-spy

- "Terrorist 'Frenemies,'" *Politico*, January 16, 2015, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/terrorist-frenemies

- "Hezbollah's Syria Problem," *Politico,* December 1, 2014, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-syria-problem1

- "Don't Bank on Bankrupting ISIS, but Here's How We Shrink Its Wallet," *The Hill*, November 19, 2014,
  available online at  http://www.washingtoninstitute.org/policy-analysis/view/dont-bank-on-bankrupting-isis-but-heres-how-we-shrink-its-wallet

- "Hamas is Going Through a Rough Patch, So What is it Singing About?" co-authored with Oula Abdulhamid
  Alrifai and Kelsey Segawa, *The Hill*, October 15, 2014, available online
  http://www.washingtoninstitute.org/policy-analysis/view/hamas-is-going-through-a-rough-patch-so-what-is-it-singing-about

- "The Khorasan Group Should Scare Us," *Politico*, September 24, 2014, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/the-khorasan-group-should-scare-us

- "Qater's Not-So-Charitable Record on Terror Finance," *The Hill*, September 24, 2014, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/qatars-not-so-charitable-record-on-terror-finance

- "While Still Risky, Military Intervention Against ISIS May be the Only Good Option for President Obama," *New
  York Daily News*, September 4, 2014, http://www.washingtoninstitute.org/policy-analysis/view/while-still-risky-military-intervention-against-isis-may-be-the-only-good-o

- "What is Hizbullah? Domestic Aspects and International Influence," *Tony Blair Faith Foundation*, August 19,
  2014, available online at http://www.washingtoninstitute.org/uploads/Documents/opeds/Levitt20140819-TonyBlairFoundation.pdf

- "Is 'Reconstruction for Demilitarization' the Way Forward in Gaza?" *Fathom Journal* Interview, August 7, 2014,
  available online at http://www.washingtoninstitute.org/policy-analysis/view/is-reconstruction-for-demilitarisation-the-way-forward-in-gaza

- "Gaza is Not About to Become an Islamic State," *The New Republic*, August 7, 2014, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/gaza-is-not-about-to-become-an-islamic-state

- "What Is Hezbollah Doing in Europe?" *The Atlantic*, July 24, 2014, http://www.washingtoninstitute.org/policy-analysis/view/what-is-hezbollah-doing-in-europe

- "Declaring an Islamic State, Running a Criminal Enterprise," *The Hill*, July 7, 2014, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/declaring-an-islamic-state-running-a-criminal-enterprise

- "Kidnapped Israeli Teens Compel Scrutiny of Hamas's International Finances: Going After the 'Hamas HQ in
  Europe'," *The New Republic*, June 24, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/kidnapped-israeli-teens-compel-scrutiny-of-hamass-international-finances

- "Closing the Gap on Hezbollah's Global Operations," *The Hill*, June 18, 2014, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/closing-the-gaps-on-hezbollahs-global-operations

- "Syria's Jihadis are Coming Home to Roost," *National Post* (Canada), June 5, 2014, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/syrias-jihadis-are-coming-home-to-roost

- "Imad Mughniyeh's Legacy Six Years On," *The Weekly Standard*, February 12, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/imad-mughniyehs-legacy-six-years-on

- "Zawahiri Aims at Israel: Behind Al Qaeda's Pivot to the Levant," *Foreign Affairs*, February 3, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/zawahiri-aims-at-israel-behind-al-qaedas-pivot-to-the-levant

- "Hezbollah's Ideological Crisis," *Times of Israel*, January 6, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-ideological-crisis

- "Long Reach of Hezbollah Makes it a Threat Close to Home," *Australian Financial Review*, December 13, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/long-reach-of-hezbollah-makes-it-a-threat-close-to-home

- Strange Bedfellows: Is the turbulent Middle East bringing Sunni and Shiite jihadists together, or driving them to war?" *Foreign Policy*, August 16, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/strange-bedfellows

- "There is No Distinct Hezbollah 'Military Wing,' So Why Ban It?" with Jonathan Prohov, *The Daily Beast*, July 25, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/there-is-no-distinct-hezbollah-military-wing-so-why-ban-it

- "Beware of Hezbollah in New York," *New York Post*, July 18, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/beware-of-hezbollah-in-new-york

- "Exporting Terror in America's Backyard," *Foreign Policy*, June 13, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/exporting-terror-in-americas-backyard

- "Hezbollah's Criminal Network Expanding in Size, Scope and Savvy," *World Politics Review*, May 1, 2013

- "Hezbollah's 1992 Attack in Argentina Is a Warning for Modern-Day Europe," *The Atlantic*, March 19, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-1992-attack-in-argentina-is-a-warning-for-modern-day-europe

- "Why Europe Should Ban Hezbollah," Al-Sharq al-Awsat (Arabic), March 18, 2013, available online (in English and Arabic) at http://www.washingtoninstitute.org/policy-analysis/view/why-europe-should-ban-hezbollah

- "Hezbollah's European Enablers," *National Post* (Canada), March 11, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-european-enablers

- "Hezbollah Worried; Europe Should be Too," with Magnus Norell, *The Daily Beast*, February 26, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollah-worried-europe-should-be-too

- "Europe's Hezbollah Problem," With Daniel Benjamin and Karen Betts, *The Jerusalem Post*, February 24, 2013, available online at http://www.jpost.com/MiddleEast/Article.aspx?id=304336

- "On a Military Wing and a Prayer," *Foreign Policy*, February 12, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/on-a-military-wing-and-a-prayer

- "Why Bulgaria? Why Now?" *CNN Global Public Square*, February 12, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/why-bulgaria-why-now

- "Hezbollah's Syria Problem," Fikra Forum, February 6, 2013, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-syria-problem

- Republished by Voice of America, Middle East Voices, February 13, 2013, available online at
  http://middleeastvoices.voanews.com/2013/02/insight-hezbollahs-syria-problem-82585/

- "Did Iran Bomb AMIA?  The Evidence is Clear," *Jewish Chronicle* (UK), December 14, 2012, available online at
  http://www.thejc.com/comment-and-debate/analysis/94147/did-iran-bomb-amia-the-evidence-clear

- "29 Years Later, Echoes of 'Kuwait 17'," *The Weekly Standard*, December 13, 2012, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/29-years-later-echoes-of-kuwait-17

- "Will the Ceasefire Last?" *The Daily Beast*, November 22, 2012, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/will-the-ceasefire-last

- "Ignoring the Warning Lights on Hezbollah," Henry Jackson Society, November 8, 2012, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/ignoring-the-warning-lights-on-hezbollah-the-case-for-a-european-ban

- "Why Iran Wants to Attack the United States," *Foreign Policy*, October 29, 2012, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/why-iran-wants-to-attack-the-united-states

- "Tehran's Unlikely Assassins," *The Weekly Standard*, August 20, 2012,
  http://www.weeklystandard.com/blogs/tehran-s-unlikely-assassins_650307.html

- "Did Hezbollah Do It?" *The Daily Beast, Open Zion*, July 18, 2012, available online at
  http://www.thedailybeast.com/articles/2012/07/18/did-hezbollah-do-it.html

- "Iran, Hizballah and the Threat to the U.S. Homeland," YaLIBNAN, March 27, 2012, available online at
  http://www.yalibnan.com/2012/03/27/iran-hizballah-and-the-threat-to-the-u-s-homeland/

- "An Anti-Crime Strategy to Combat the PKK," Hurriyet Daily News, February 16, 2012, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/an-anti-crime-strategy-to-combat-the-pkk

- "U.S. Court Ruling Links Iran to Al Qaeda," *Iran Primer*, December 13, 2011, available online at
  http://www.washingtoninstitute.org/html/pdf/IranPrimer_Levitt3.pdf

- "Treasury Tightens Squeeze on Iran Front Companies," *Iran Primer*, October 27, 2011, available online at
  http://www.washingtoninstitute.org/html/pdf/IranPrimer_Levitt2.pdf

- "A History of Violence," *Foreign Policy*, October 12, 2011, available online at
  http://www.washingtoninstitute.org/templateC06.php?CID=1731

- "Iranian Doublespeak on the Anniversary of the AMIA Bombing," *The Jerusalem Post*, July 20, 2011, available
  online at http://www.jpost.com/Opinion/Op-EdContributors/Article.aspx?id=230258

29

- "Senior Hizballah Official Wanted for Murder," NOW Lebanon, July 21, 2011, available online at http://www.nowlebanon.com/NewsArticleDetails.aspx?ID=293278&MID=0&PID=0

- "Obama Puts the Onus on Hamas, Where It Belongs – and 1967 Borders, With Swaps, Makes Sense," *New York Daily News*, May 20, 2001, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1632

- "Checkbook Jihad," *Foreign Policy*, May 12, 2011, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1625

- **"**With Osama Bin Laden Gone, Al Qaeda Just Got A Lot Weaker," *New York Daily News*, May 3, 2011

- "Hizballah: Governing Faction in Lebanon, Criminal Group Abroad," *NOWlebanon.com*, February 17, 2011, available online at http://www.nowlebanon.com/NewsArticleDetails.aspx?ID=241398

- "We Must Challenge the Ideology Driving Terrorism," with Scott Carpenter, *The Australian*, November 16, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1534

- "Center of Jihadism Moves from the M.E. to South Asia, Africa," *The Jerusalem Post*, August 17, 2010, available online at http://www.jpost.com/Features/InThespotlight/Article.aspx?id=184989

- "Why the Iran Sanctions Matter," *Foreign Policy*, June 11, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1476

- "Crime Links Aid Counter-Terror Efforts," *Oxford Analytica*, May 19, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1460

- "What Did Tehran Ask of Hizballah?" *The Jerusalem Post*, March 4, 2010, available online at http://www.jpost.com/MiddleEast/Article.aspx?id=170155

- "Can Gaza Become a Somalia or Yemen?" *The Jerusalem Post*, February 9, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1412

- "When Yemen Meets Gaza," *Foreign Policy*, January 25, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1408

- "The World Can't Trust Iran," co-authored with Michael Jacobson, *The Guardian*, September 26, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1348

- "Radicalization: Made in the USA?"  HSPI Commentary 03, Homeland Security Policy Institute, George Washington University, June 2, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1283

- "Hamas: Hits and Misses," The Australian, May 30, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1281

- "Analysis: Egypt Still has its Head in the Sand," with Yoram Cohen, *The Jerusalem Post*, March 3, 2009

- "Focus to Remain on Terrorist Financing," Oxford Analytica March 3, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1246

- "How Not to Fund Hamas: Scrutinize those who Receive U.S. Aid," *New York Daily News*, February 4, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1229

- "Targeting Terrorists' Financial Networks," co-authored with Michael Jacobson, *The Jerusalem Post*, January 6, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1205

- "Holding Hamas Accountable," *The Forward*, January 2, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1204

- "Bridging the Persian Gulf: Terrorist Networks are Active in the Persian Gulf, U.S. Diplomacy in the Region is the Key to Combating Them," co-authored with Michael Jacobson, *The Guardian* online, December 11, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1197

- "Where We've Come Since 9/11," co-authored with Michael Jacobson, *San Francisco Chronicle*, September 9, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1177

- "Franchises of al-Qaida Pose a Great Threat," co-authored with Michael Jacobson, *Courier-Post* (NJ), September 7, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1175

- "Legitimizing Hamas: Carter's Visit Sends the Wrong Message," *The Weekly Standard*, April 16, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1148

- "Is Combating the Financing of Terrorism Worthwhile?" A World-Check Terrorism Brief Paper, March 10, 2008, available online at http://www.world-check.com/media/d/content_experttalk_reference/ExpertTalk_Levitt_2008March.pdf

- "Globalized Jihad then (1993) and Now," Middle East Strategy at Harvard (MESH), March 11, 2008, available online at http://blogs.law.harvard.edu/mesh/2008/03/globalized_jihad_then_1993_now/

- "Hamas in the Spotlight," Middle East Strategy at Harvard (MESH), February 27, 2008, available online at http://blogs.law.harvard.edu/mesh/2008/02/hamas_in_the_spotlight/

- "Why Following the Money Leads to Terrorists," *European Voice*, February 14, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1133

- "GAO Misleads on Iran Sanctions," Middle East Strategy at Harvard (MESH), January 17, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1122

- "The Clock Ticks: Sanction Iran Now," *Financial Times Deutschland* (German), December 19, 2007, English version available online at http://www.washingtoninstitute.org/templateC06.php?CID=1118

- "Contending with Iran's Nuclear Intentions and Capabilities," *San Francisco Chronicle*, December 5, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1112

- "Can Sanctions Be Effective in Halting Iran's Nuclear Program?"  Council on Foreign Relations online debate, October 15-18, 2007, available online at http://www.cfr.org/publication/14500/can_sanctions_be_effective_in_halting_irans_nuclear_program.html?breadcrumb=%2Fpublication%2Fpublication_list%3Ftype%3Donline_debate

- "Chilling Effect: The U.S. Courts Wouldn't Stop Me from Writing about Terrorist Funding, but England Might,"

*The New Republic* online, October 12, 2007, available online at
http://www.washingtoninstitute.org/templateC06.php?CID=1099

- "Hamas' Hidden Economy," *Los Angeles Times*, July 3, 2007 (also ran in the *Singapore Straits Times* on July 5, 2007 as "The Covert Funding of Hamas"), available online at
http://www.washingtoninstitute.org/templateC06.php?CID=1073

- "Making Iran Feel the Pain," *Wall Street Journal Europe*, July 2, 2007, available online at
http://www.washingtoninstitute.org/templateC06.php?CID=1071

- "Prized Fighter: How Nicolas Sarkozy Could Help Destroy Hezbollah," co-authored with Michael Jacobson, *The New Republic Online*, May 28, 2007, available online at
http://www.washingtoninstitute.org/templateC06.php?CID=1058

- "Pulling Tehran's Purse Strings," Transatlantic Issues #16, May 4, 2007, available online at
http://www.transatlanticinstitute.org/html/pu_articles.html?id=337

- "Blocking Terror Finances," UPI Outside View, May 3, 2007, available online at
http://www.washingtoninstitute.org/templateC06.php?CID=1050

- "Putin's New Friends:  Moscow Hosts Hamas," *The Weekly Standard*, March 19, 2007, available online at
http://www.washingtoninstitute.org/templateC06.php?CID=1038

- "Target Iranian Forces," *The Washington Times*, February 16, 2007, available online at
http://www.washingtoninstitute.org/templateC06.php?CID=1026

- "Hamas's Muddied Waters," *The Chronicle Review*, May 12, 2006, available online (by subscription) at
http://chronicle.com/weekly/v52/i36/36b01201.htm

- "No Excuse," *The Wall Street Journal Europe*, July 28, 2005, available online at
http://www.washingtoninstitute.org/templateC06.php?CID=856

- "A Major Blow to Al-Qaeda," *The National Post* (Canada), May 5, 2005, available online at
http://www.washingtoninstitute.org/templateC06.php?CID=826

- "Ready, Aim, Ceasefire: How to Sustain the Spirit of Shem-el-Sheikh," *The Review*, Vol. 30, No. 3, March 2005

- "Injustice in Gaza," The Baltimore Sun, October 18, 2004, available online at
http://www.washingtoninstitute.org/templateC06.php?CID=732

- "A Report Whose Tactical and Strategic Goals Don't Square," *The Daily Star*, August 30, 2004, available online at http://www.dailystar.com.lb/article.asp?edition_id=10&categ_id=5&article_id=7848#

- "The 9/11 Report and U.S. Middle East Strategy: Little Impact," *Bitterlemons-international.org*, August 27, 2004, available online at http://www.bitterlemons-international.org/inside.php?id=218

- "The Missing Link: Saddam and al Qaeda," *The Washington Post*, June 2, 2004, page C4, available online at
http://www.washingtonpost.com/wp-dyn/articles/A8112-2004Jun1.html

- "Moderately Deadly: Yassin's Long History of Terror," *National Review Online*, March 26, 2004, available online at http://www.nationalreview.com/comment/levitt200403261126.asp

- "Who Did It?" *The Baltimore Sun*, March 14, 2004, available online at

http://www.washingtoninstitute.org/templateC06.php?CID=468

- "Charity Begins in Riyadh," *The Weekly Standard*, vol. 9, no. 20, February 2, 2004, available online at http://www.washingtoninstitute.org/templateC06.php?CID=462

- "Shut Down Hamas," *The Baltimore Sun*, January 22, 2004, available online at http://www.washingtoninstitute.org/templateC06.php?CID=460

- "Turning a Blind Eye to Hamas in London," *The Wall Street Journal Europe*, October 24, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=490

- "Palestinian terrorists expand their reach, *The National Post*, October 18, 2002, available online at http://www.washingtoninstitute.org/templateC06.php?CID=489

- "PLO Penetrates Homeland Security," *The Jerusalem Post*, October 11, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=488

- "Still With Us?  Testing Britain's Counterterror Resolve," *National Review Online*, September 5, 2003, available online at http://www.nationalreview.com/comment/comment-levitt090503.asp

- "Tackling Terror in Iraq," *The Baltimore Sun*, September 3, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=484

- "Who Pays for Palestinian Terror?"  *The Weekly Standard*, August 18, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=482

- "The Two Faces of Saudi Arabia: Dubious Allies in the War on Terror," *The Weekly Standard*, June 30, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=479

- "Smeared in Blood, Hezbollah Fingerprints All Over Globe," *The Australian*, June 9, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=478

- "Blood Money," *The Wall Street Journal*, June 4, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=477

- "Heart of the Axis - Al Qaeda has long called Iran home," *National Review Online*, May 29, 2003, available online at http://www.nationalreview.com/comment/comment-levitt052903.asp

- "Drawing a Line in the Saudi Sand," *National Review Online*, April 16, 2002, available online at http://www.nationalreview.com/comment/comment-levitt041603.asp

- "KSM in Custody," *National Review Online*, March 5, 2003, available online at http://www.nationalreview.com/comment/comment-levitt030503.asp

- "To Win the Terror War," *The New York Post*, March 4, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=466

- "The State of Denial: Arab Journalists and Intellectuals are Apologists for Terror," *National Review Online*, January 28, 2003, available online at http://www.nationalreview.com/comment/comment-levitt012803.asp

- "The Zarqawi Node in the Terror Matrix: Linking the Terrorists," *National Review Online*, February 6, 2003, available online at http://www.nationalreview.com/comment/comment-levitt020603.asp

33

- "World Should Confront Terrorist Have of Syria," *The Baltimore Sun*, November 25, 2002, available online at http://www.washingtoninstitute.org/templateC06.php?CID=492

- "Diplomacy Run Amuck," *The Jerusalem Post*, October 9, 2002, available online at http://www.washingtoninstitute.org/templateC06.php?CID=487

- "Money, Terror and Palestinian Reform: Accounting 101," *The Review* (Australia)*, vol. 27, no. 8 (August 2002)

- "Bush Administration Two-Faced on Terror," *The Baltimore Sun* (June 6, 2002), available online at http://www.washingtoninstitute.org/templateC06.php?CID=457

- "The Wrong Models for Tenet," *The Jerusalem Post* (June 5, 2002), available online at http://www.washingtoninstitute.org/templateC06.php?CID=459

*Washington Institute Policy Briefs:*

### 1998
- "U.S. Mediation in the Peace Process:  Context for the Ross Mission,"  PeaceWatch # 177, September 16, 1998.
- "Human Rights in the Wye River," PeaceWatch #188, November 4, 1998.

### 2001
- "Navigating the U.S. Government's Terrorist Lists," PolicyWatch #585. November 30, 2001.
- "Words And Actions: Leading By Example," PeaceWatch #353, December 4, 2001.
- "Assessing Arafat's Performance in the Fight Against Terror," PeaceWatch #356, December 21, 2001.

### 2002
- "Syria and the War on Terrorism: Challenges for U.S. Policy (Part I)," PolicyWatch #595, January 23, 2002.
- "Syria and the War on Terrorism: Challenges for U.S. Policy (Part II)," PolicyWatch #596, January 24, 2002.
- "New Arenas for Iranian-Sponsored Terrorism: The Arab-Israeli Heartland," PolicyWatch #605, February 22, 2002.
- "Hamas: Toward a Lebanese-Style War of Attrition?," PeaceWatch #367, February 26, 2002.
- "Tackling the Financing of Terrorism in Saudi Arabia," PolicyWatch #609, March 11, 2002.
- "Next Steps in the War on Terrorism," PolicyWatch #610, March 12, 2002.
- "Designating the Al-Aqsa Martyrs Brigades," PeaceWatch #371, March 25, 2002.
- "Defensive Shield Counterterrorism Accomplishments," PeaceWatch #377, April 17, 2002 (with Seth Wikas).
- "The Return of Palestinian Nationalist Terrorism," PeaceWatch #379, May 3, 2002 (with Ehud Waldoks).
- "Anticipating Patterns of Global Terrorism 2001," PolicyWatch #626, May 20, 2002.
- "PLOCCA 2002: Empty Words," PeaceWatch #384, May 24, 2002.
- "Europe and Middle East Terrorism," PolicyWatch #627, May 29, 2002.
- "Accounting and Accountability: Defining Donor Requirements for Palestinian Reform," PolicyWatch #638, July 18, 2002.
- "PLOCCA Redux: The State Department's Subtle Swipe at the Concept of Demanding Palestinian Compliance," PolicyWatch #640, July 25, 2002.
- "The Network of Terrorist Financing," PolicyWatch #646, August 6, 2002.
- "Palestinian Islamic Jihad: Getting by with a Little Help From Its Friends," PeaceWatch #396, September 3, 2002.
- "Syrian Sponsorship of Global Terrorism: The Need for Accountability," PolicyWatch #660, September 19, 2002.

- "Untangling the Terror Web: Al-Qaeda is Not the Only Element," PolicyWatch #671, October 28, 2002.
- "Combating Terrorist Financing, Despite the Saudis," PolicyWatch #673, November 1, 2002.
- "Saudi Financial Counterterrorism Measures (Part II): Smokescreen or Substance?," PolicyWatch #687,  December 10, 2002.
- "The War on Terror in the Shadow of the Iraq Crisis,"  PolicyWatch #690, December 12, 2002 (with Bruce Hoffman and Daniel Benjamin).

## 2003

- "Criminal Enterprise in the Political Economy of Middle Eastern Terrorism," PolicyWatch #697, January 3, 2003.
- "Banning Hizballah Activity in Canada," PolicyWatch #698, January 6, 2003.
- "Placing Iraq and Zarqawi in the Terror Web," PolicyWatch #710, February 13, 2003.
- "Palestinian Terrorist Groups Threaten U.S. Interests," PeaceWatch, PeaceWatch #413, February 14, 2003.
- "A Terrorist Front in Iraq?"  PolicyWatch #745, April 8, 2003 (with Roger Cressey and Avi Jorisch).
- "Patterns of Terrorism 2002: Terror, Counterterror, and State Sponsorship," PolicyWatch #753, April 30, 2003.
- "Hamas Blood Money: Mixing Good Works and Terror is No Formula for Peace," PeaceWatch #418, May 5, 2003.
- "Terror from Damascus, Part I: The Palestinian Terrorist Presence in Syria," PeaceWatch #420, May 7, 2003.
- "Terror from Damascus, Part II: The Palestinian Terrorist Presence in Syria," PeaceWatch #421, May 9, 2003.
- "U.S.-Saudi Counterterrorism Cooperation in the Wake of the Riyadh Bombing,"  PolicyWatch #759, May 23, 2003 (with Simon Henderson).
- "Hizballah's West Bank Foothold," PeaceWatch #429, August 20, 2003.
- "Ban Hamas in Europe," PeaceWatch #430, September 4, 2003 (with Jeff Cary).
- "Terrorist Attacks Against Western Officials in Gaza, the West Bank, and Israel," PeaceWatch #431, October 15, 2003.
- "Untangling the Web: Crossovers Among International Terrorist Groups," PolicyWatch #799, October 24, 2003.
- "Waging the War on Terror: Are the Saudis Starting to Turn the Corner?"  PolicyWatch #822, December 31, 2003 (with Simon Henderson).

## 2004

- "The Hizballah Threat in Africa," PolicyWatch #823, January 2, 2004.
- "Hamas's Political Wing: Terror by Other Means," PeaceWatch #440. January 6, 2004.
- "Radical Islamist Groups in Germany: A Lesson in Prosecuting Terror in Court," PolicyWatch #834, February 19, 2004 (with Assaf Moghadam).
- "Shaykh Yassin and Hamas Terror," PeaceWatch #448, March 23, 2004.
- "Assesing Hizballah's West Bank Foothold," PeaceWatch #463, June 18, 2004 (with Zohar Palti)
- "The Threat of Jewish Terror in Israel and the West Bank," PeaceWatch #470, August 9, 2004 (with Julie Sawyer).
- "Indicting Hamas: By Disrupting its Operations, Does the West Become a Target?" PeaceWatch #471, August 26, 2004.
- "Terror on the UN Payroll?," PeaceWatch #475, October 13, 2004.
- "Banning Hizballah TV in America," PolicyWatch #930, December 17, 2004 (with Avi Jorisch).

## 2005

- "Sustaining an Israeli-Palestinian Ceasefire," PeaceWatch #491, February 10, 2005
- "Ban Hizballah in Europe," PolicyWatch #958, February 16, 2005
- "Iranian State Sponsorship of Terror: Threatening U.S. Security, Global Stability, and Regional Peace," PolicyWatch #964, February 23, 2005
- "Hizballah Finances: Funding the Party of God," PolicyWatch #965,  March 1, 2005

- "Palestinian Authority Minister of Economy Tied to Hamas?" PeaceWatch #496, March 4, 2005
- "Freezing U.S. Assets of Syrian Officials," PolicyWatch #1012: July 13, 2005 (with Jamie Chosak)
- "The New Lebanon: Democratic Reform and State Sponsorship," PolicyWatch #1016: July 21, 2005
- "Undermining Hamas and Empowering Moderates by Filling the Humanitarian Void," PeaceWatch #514: September 7, 2005 (with Jamie Chosak)
- "A Hamas Headquarters in Saudi Arabia?" PeaceWatch #521: September 28, 2005

### 2007

- "Prosecuting Terrorism Supporters: Lessons from a Recent Verdict," Policywatch # 1192, February 6, 2007.
- "Shutting Hizballah's Construction Jihad," Policywatch #1202, February 20, 2007.  .
- "Follow the Money: Challenges and Opportunities in the Campaign to Combat Terrorism Financing," Policy Forum at The Washington Institute for Near East Policy, February 23, 2007.
- "U.S.-Designated Hamas Front Gets Symbolic Win in France," Policywatch #1210, March 20, 2007.
- "Brazilian Counterterrorism Efforts: Legislative Progress, But Little Action on the Ground," with David Jacobson, Policywatch #1222, April 18, 2007.
- "Global Anti-Terrorism Financing Group Challenged by Syria's Application," Policywatch #1238, May 31, 2007.
- "Adding Hizballah to the European Union's Terrorism List," with Michael Jacobson, Policywatch #1249, June 21, 2007.
- "Gaza:  The Next Terrorist Safe Haven?"  Policywatch #1255, June 29, 2007.
-  "Dangerous Partners: Targeting the Iran-Hizballah Alliance," with Jake Lipton, Policywatch #1267, July 31, 2007.
- "Better Late than Never:  Keeping USAID Funds out of Terrorist Hands," Policywatch #1277, August 24, 2007.
- "Iran Sanctions: Can They Be Effective?" Policywatch #1297, October 25, 2007.
- Holy Land Mistrial: Judging a Designated Terrorist Entity, Policywatch #1311, November 27, 2007.

### 2008

- "Prosecuting Terrorism beyond 'Material Support'," Policywatch #1326, January 14, 2008.
- "Who was Imad Mughniyeh?" with David Schenker, Policywatch #1340, February 14, 2008.
- "Timely Reminder of Iranian Support for Terrorism," with Michael Jacobson, Policywatch #1345, February 22, 2008.
- "Highlighting al-Qaeda's Bankrupt Ideology," with Michael Jacobson, Policywatch #1371, May 7, 2008.
- "Hizballah's Military Wing Under Pressure Despite Political Gains," Policywatch 1389, July 16, 2008.
- "Amman Warms to Hamas," with David Schenker, Policywatch 1400, August 28, 2008.
- "Violence by Extremists in the Jewish Settler Movement: A Rising Challenge," with Becca Wasser, Policywatch #1434, November 25, 2008.
- "Financial Setbacks for Hamas," Policywatch #1436, December 2, 2008.

### 2009

- "Political Hardball within Hamas: Hardline Militants Calling Shots in Gaza," Policywatch #1450, January 6, 2009.
- "The Iran-al-Qaeda Conundrum," with Michael Jacobson, Policywatch #1461, January 23, 2009.
- "Al-Qaeda Today," with Assaf Moghadam and Farhad Khosrokhavar, Policywatch #1477, February 13, 2009.
- "Hamas Arms Smuggling: Egypt's Challenge," with Yoram Cohen, Policywatch #1484, March 2, 2009.
- "Making Smugglers Pay: Underwriting Egyptian Border Security," with Becca Wasser, Policywatch #1505, April 13, 2009.
- "Hizballah Campaigns at Home, Exposed Abroad," Policywatch #1528, June 5, 2009.
- "Reality Contradicts New Hamas Spin," Policywatch #1565, August 7, 2009.
- "Contending with the PKK's Narco-Terrorism," with Benjamin Freedman, Policywatch #1611, December 8, 2009.

**2010**

- "Al Qaeda in the West Bank and Gaza," Special Policy Forum report featuring Matthew Levitt and Bruce Riedel, Policywatch #1619, January 13, 2010
- "New Multilateral Consensus Emerges on Iran," with Patrick Clawson, Policywatch #1633, February 23, 2010
- "Dinner in Damascus: What Did Iran Ask of Hizballah?" with David Schenker, Policywatch #1637, March 2, 2010
- "Fallout from the Gaza Flotilla Tragedy," with David Makovsky and Jeffrey White, Policywatch #1622, June 1, 2010
- "Fighting the Ideological Battle: The Missing Link in America's Effort to Counter Violent Extremism," rapporteur's summary of event featuring J. Scott Carpenter, Matthew Levitt and Juan Zarate, PolicyWatch #1673, June 24, 2010
- "Giving Teeth to Iran Sanctions: Targeting Re-Export Loopholes," PolicyWatch #1674, June 25, 2010
- "Status Check on the Struggle against Global Terrorism," PolicyWatch #1687, August 10, 2010

**2011**

- "Combating Violent Extremism: The Counterradicalization Debate in 2011," with Maajid Nawaz and Peter Neumann, PolicyWatch #1738, January 7, 2001
- "Hizballah Challenges Lebanon's Prime Minister Hariri -- and President Obama," with David Schenker, PolicyWatch #1741, January 13, 2011
- "Hizballah: Governing Faction in Lebanon, Criminal Group Abroad," PolicyWatch #1758, February 16, 2011
- "Asserting Liberal Values: The Future of British and U.S. Counterradicalization Strategies," with Mark Williams and Seamus Hughes, PolicyWatch #1776, March 2, 2011
- "How to Deal with Islamist Movements in Post-Revolutionary Regimes?" Policy Alert, March 4, 2011
- "Yemeni Military Leader Tied to Terrorism Pledges to Protect Protestors," Policy Alert, March 23, 2011
- "Usama bin Laden: A Post-Mortem," Policy Alert, May 2, 2011
- "UN Promotes Splitting the Taliban from al Qaeda," with Sam Cutler, PolicyWatch #1824, June 27, 2011
- "Senior Hizballah Official Wanted for Murder," PolicyWatch #1833, July 20, 2011
- "White House Set to Release Strategy to Combat Violent Extremism," Policy Alert, August 2, 2011
- "Hamas Shifts to an Outside-In Operational Strategy," PolicyWatch #1848, September 26, 201

**2012**

- "Hizballah Poised to Strike in Southeast Asia," PolicyWatch #1892, January 18, 2012
- "Party of Fraud: Hizballah's Criminal Enterprises," PolicyWatch #1911, March 22, 2012
- "Iran, Hizballah and the Threat to the U.S. Homeland," PolicyWatch #1913, March 26, 2012
- "Looming U.S.-Iraqi Row over Decision to Release Hizballah Commander," PolicyWatch #1970, August 7, 2012
- "Is al-Qaeda Central Still Relevant?" Together with Bruce Hoffman, Mary Habeck and Aaron Zelin, PolicyWatch #1979,September 12, 2012

**2013**

- "Europe's Hezbollah Problem," Policywatch #2038, Feburary 13, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/europes-hezbollah-problem-part-2
- "Cyprus Court Convicts Hezbollah Operative: Next Steps," Policy Alert, March 22, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/cyprus-court-convicts-hezbollah-operative-next-steps

- "Iranian Terrorism under 'Moderate' Presidents," Policywatch #2095, July 25, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/iranian-terrorism-under-moderate-presidents
- "Europe's Moment of Decision on Hezbollah," Policywatch #2104, July 22, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/europes-moment-of-decision-on-hezbollah
- "New Strategies for Countering Homegrown Violent Extremism," Policywatch #2172, Policy Forum Report, November 21, 2013, with Hedieh Mirahmadi, George Selim and J. Thomas Manger, http://www.washingtoninstitute.org/policy-analysis/view/new-strategies-for-countering-homegrown-violent-extremism

### 2014

- "West Bank Violence and Gaza Rockets Could Spark Wider Conflict," PolicyWatch #2226, March 20, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/west-bank-violence-and-gaza-rockets-could-spark-wider-conflict
- "Iran and Bahrain: Crying Wolf or Wolf at the Door?" PolicyWatch #2255, May 16, 2014, http://www.washingtoninstitute.org/policy-analysis/view/iran-and-bahrain-crying-wolf-or-wolf-at-the-door
- "Palestinian Reconciliation: Devil in the Details?" with Neri Zilber, PolicyWatch #2258, May 28, 2014, http://www.washingtoninstitute.org/policy-analysis/view/palestinian-reconciliation-devil-in-the-details
- "Hezbollah in Iraq: A Little Help Can Go a Long Way," with Nadav Pollack, PolicyWatch #2277, June 25, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollah-in-iraq-a-little-help-can-go-a-long-way
- "Hezbollah's Message for Israel," PolicyWatch #2327, October 21, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-message-for-israel
- "The Battle of Ideas 2.0: Combatting ISIS Ideology at Home and Abroad," PolicyWatch #2349, December 16, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-battle-of-ideas-2.0-combating-isis-ideology-at-home-and-abroad
- "EU Court Expected to Annul Hamas Terrorist Designation," PolicyWatch #2348, December 16, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/eu-court-expected-to-annul-hamas-terrorist-designation

### 2015

- "Kataib al-Imam Ali: Portrait of an Iraqi Shiite Militant Group Fighting ISIS," with Phillip Smyth, PolicyWatch #2352, January 15, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/kataib-al-imam-ali-portrait-of-an-iraqi-shiite-militant-group-fighting-isis
- "Rehabilitation and Reintegration of Returning Foreign Terrorist Fighters," with Gilles de Kerchove, Jacob Bundsgaard, Maj. Gen. Doug Stone, USMC (ret.), PolicyWatch #2376, February 23, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/rehabilitation-and-reintegration-of-returning-foreign-terrorist-fighters
- "The Islamic State's Backdoor Banking," PolicyWatch #2390, March 24, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-islamic-states-backdoor-banking
- "The EU Still Has Issues with Hamas," PolicyWatch #2397, April 2, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-eu-still-has-issues-with-hamas
- "Iranian and Hezbollah Threats to Saudi Arabia: Past Precedents," PolicyWatch #2426, May 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/iranian-and-hezbollah-threats-to-saudi-arabia-past-precedents

- "Syria's Druze Under Threat," with Noam Raydan, PolicyWatch #2437, June 17, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/syrias-druze-under-threat
- "Findings from the State Department's Annual Terrorism Report (Part 1): Hezbollah and Iran," with Kelsey Segawa, PolicyWatch #2439, June 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/findings-from-the-state-departments-annual-terrorism-report-part-1-hezbolla
- "Findings from the State Department's Annual Terrorism Report (Part 2): The Rise of ISIL," with Ryan Youkilis, PolicyWatch #2440, June 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/findings-from-the-state-departments-annual-terrorism-report-part-2-the-rise
- "The Regional Impact of Additional Iranian Money," with Michael Eisenstadt, Simon Henderson, Michael Knights, and Andrew J. Tabler, Policy Watch #2456, July 28, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-regional-impact-of-additional-iranian-money
- "Beyond the Vote (Part 4): Challenges for the Sanctions Regime," with Chip Poncy and Patrick Clawson, Policy Watch #2488, September 22, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/beyond-the-vote-part-4-challenges-for-the-sanctions-regime

### 2016

- "Denying the Islamic State Access to Money-Exchange Houses," with Katherine Bauer, PolicyWatch #2552, February 3, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/denying-the-islamic-state-access-to-money-exchange-houses
- "Terror in Europe: Combating Foreign Fighters and Homegrown Networks," with Olivier Decottignies and Eric Rosand, PolicyWatch #2598, March 31, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/terror-in-europe-combating-foreign-fighters-and-homegrown-networks
- "Combating Genocide: Reassessing the Fight Against the Islamic State," with Naomi Kikoler and James F. Jeffrey, PolicyWatch #2605, April 7, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/combating-genocide-reassessing-the-fight-against-the-islamic-state
- "Hezbollah's Transnational Organized Crime," PolicyWatch #2609, April 21, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-transnational-organized-crime

**Blogs**:

➢ My articles posted at the Homeland Security Policy Institute Blog can be accessed at http://hspi.org/

➢ My articles posted at the Counterterrorism Blog can be accessed at http://counterterrorismblog.org/

➢ My articles posted at the Middle East Strategy at Harvard (MESH) blog can be accessed at http://blogs.law.harvard.edu/mesh/category/members/matthew-levitt/

➢ My articles posted at the Security Debrief blog can be access at http://securitydebrief.com/

➢ My Twitter feed is @Levitt_Matt