**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM "JACK" BAXTER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 11-2133 (RCL) |
| ) | |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AS TO LIABILITY AND APPOINTING ALAN L. BALARAN AS SPECIAL MASTER

In accordance with the accompanying Memorandum Opinion, the Court **GRANTS** plaintiffs' motion for default judgment as to liability.  ECF No. 30.

The Court has also learned that Alan L. Balaran is willing to serve as a special master to take evidence and make recommendations concerning any damages to which plaintiffs may be entitled.  It is hereby **ORDERED** that Mr. Balaran be appointed as special master.  He shall consider the measure of damages appropriate for each plaintiff and for completion of such other duties as are specified in the Court's Order of Reference accompanying this Order also issued this date.

It is **SO ORDERED**.


Date:   September 27, 2019                                     _/s/_____
                                                             Royce C. Lamberth
                                                             United States District Judge