UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM JACK BAXTER, et al. </br></br>Plaintiffs, </br></br> v. </br></br> ISLAMIC REPUBLIC OF IRAN, et al. </br></br>Defendants. | Civil Action No. 11-02133 (RCL) |

## STATUS REPORT

COME NOW the Plaintiffs, by and through counsel, and in accordance with this Court's Order of April 7, 2020, (ECF 43) hereby provide this Status Report to the Court with regards their efforts to collect and provide proof of damages to Special Master Alan Balaran, who has been appointed by this Court to evaluate their claims:

1. Plaintiffs' counsel has conferred with Special Master Balaran regarding the scope of the Plaintiffs claims and the evidence available for his review to assess the Plaintiffs damages.

2. In accordance with these consultations, Plaintiffs, with the assistance of counsel, have prepared or are in the process of preparing sworn Declarations in which they detail their damages, including personal injuries, emotional injuries and economic loss. In further support of their Declarations being submitted to the Special Master, Plaintiffs are attaching supporting documents[1], including but not limited to, proof of familial relationships, estate records, medical records, photographs, personal journals,

---

[1] Some of the documentation requires translation.

1

financial records, reports from treating physicians and therapists and/or expert reports which detail economic losses sustained as a result of their injuries.

3. In further accordance with the request of the Special Master, Plaintiffs have agreed to produce these documents to the Special Master on a rolling basis, grouped by families, for his evaluation and review.

4. There are over 130 Plaintiffs, consisting of 19 family groups for the Special Master to evaluate. A significant number of the Plaintiffs presently reside outside the United States in Israel.

5. The completion of some of the Plaintiffs' Declarations has been delayed due to closures or limited business availability related to the ongoing COVID-19 state of emergency. As a result, obtaining certain records have been difficult to obtain or have been delayed in being processed such as medical records, Social Security Earnings Statements and estate documents which relate to and support the Plaintiffs' damages claims.

6. Plaintiffs are continuing their efforts to obtain these various documents so that their Declarations with all the necessary supporting documentation can be presented to the Special Master, in family groupings, as requested.

7. In addition, this documentation is required to be submitted for review and consideration in the preparation of certain economic damages reports which Plaintiffs are also providing to the Special Master. Plaintiffs have engaged expert economist, Chad Staller, of the Center for Economic and Forensic Studies to provide economic damages reports for certain plaintiffs. In accordance with F.R.E 702, Dr. Staller has

been previously accepted by the Special Master and this Court as a qualified expert in the field of forensic economics.

8. Plaintiffs will provide the Declarations to the Special Master for each family grouping upon the completion of all materials for each family, once the compilation of the family grouping materials are ready for submission to the Special Master; and will further update the Court as to the status of these filings, as the Court may request.

Dated: May 6, 2020

Respectfully Submitted,

HEIDEMAN NUDELMAN & KALIK P.C.
1146 19th Street, 5th Floor
Washington, DC 20036
Telephone: 202-463-1818
Telefax: 202-463-2999

By:__/s/ *Tracy Reichman Kalik*_____
    Tracy Reichman Kalik (No. 462055)