UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BAXTER,**
et al.,

    *Plaintiffs,*

v.

**THE ISLAMIC REPUBLIC OF IRAN,**
et al.,

    *Defendants.*

Case No. 1:11-cv-02133-RCL

## ORDER

Upon review of the dockets in this case, which reflect that the Court referred this matter (ECF #42) over a year ago to the Special Master to take evidence and file a report and recommendation regarding individual damages claims, but that the plaintiffs' most recent status report (ECF #49) indicates their presentation is being done on a rolling basis by family groupings that is still not completed, it is hereby ORDERED that the next status report list what reports are outstanding and when they are expected to be produced, and that this information be updated in that subsequent report.

IT IS SO ORDERED this 23rd day of October, 2020.

_____
ROYCE C. LAMBERTH
SENIOR U.S. DISTRICT JUDGE