UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILLIAM JACK BAXTER, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 11-02133 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, et al. | ) ) ) | |
| Defendants. | ) ) | |

## STATUS REPORT

COME NOW the Plaintiffs, by and through counsel, and in accordance with this Court's Minute Order of May 11, 2020 and Order of October 23, 2020 (ECF 50), hereby provide this further Status Report to the Court with regards to their efforts to collect and provide proof of damages to Special Master Alan Balaran, who has been appointed by this Court to evaluate their claims:

1. Plaintiffs have not yet been able to transmit the Declarations to Special Master Balaran on behalf of the final remaining family group, the Reinitz Family.

2. To date, 17 of the 19 Declarations that will be submitted on behalf of the 23 Reinitz family plaintiffs have been signed. The remaining 2 Declarations are in the process of being finalized.

3. Because the Reinitz Family is so largeand because of the timing of this Status Report, one day after the Jewish holiday of Passover, which the Reinitz family strictly observes, Plaintiffs need additional time to complete the remaing 2 Reinitz family Declarations before submitting the complete set of the Reinitz family Declarations to

1

the Special Master per his direction that each family group will be transmitted only once all the Declarations and related submission materials are completed for a family and not in a piecemeal fashion. Accordingly, once all of the Reinitz Family Declarations are completed, they will all be provided to Special Master Balaran.

4. In accordance with the Court's May 11, 2020 Minute Order and October 23, 2020 Order, Plaintiffs will update the Court in thirty days with a further Status Report as to the progress of the Reinitz Family Declarations

Dated:  April 5, 2021        Respectfully Submitted,

                HEIDEMAN NUDELMAN & KALIK P.C.
                5335 Wisconsin Avenue, NW, Suite 440
                Washington, DC 20015
                Telephone: 202-463-1818
                Telefax: 202-463-2999

                By: /s/ *Tracy Reichman Kalik*
                    Tracy Reichman Kalik (No. 462055)