UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM JACK BAXTER, et al. ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 11-02133 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, et al. ) | |
| Defendants. ) | |

## STATUS REPORT

COME NOW the Plaintiffs, by and through counsel, and in accordance with this Court's Minute Order of May 11, 2020 and Order of October 23, 2020 (ECF 50), hereby file this Status Report with the Court. The Special Master has been in the process of reviewing the information and /or reports provided by the Plaintiffs in support of their claims requesting an award of damages for the injuries and losses they each have sustained.

In accordance with the Administrative Plan Governing Special Masters entered by this Court (D.E. 42), the Special Master has communicated with counsel to request further clarification and information, and counsel is in the process of responding to those inquires.

Dated:  April 5, 2022           Respectfully Submitted,

HEIDEMAN NUDELMAN & KALIK P.C.
5335 Wisconsin Avenue, Suite 440
Washington, DC  20015
Telephone:  202-463-1818
Telefax:  202-463-2999

By:   /s/ *Tracy Reichman Kalik*
         Tracy Reichman Kalik (No. 462055)

1