UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BAXTER, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 11-02133-RCL |
| ISLAMIC REPUBLIC OF IRAN, et al. | ) | |
| Defendants. | ) | |
| | ) | Consolidated with |
| BAXTER, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 18-01078-RCL |
| SYRIAN ARAB REPUBLIC, et al. | ) | |
| Defendants. | ) | |
| | ) | Consolidated with |
| TRATNER, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 18-02971-RCL |
| ISLAMIC REPUBLIC OF IRAN, et al. | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE
<u>OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATIONS</u>**

COMES NOW the Plaintiffs, by and through Counsel, and move this Court for an extension of time to object to the Special Master's Report and Recommendations filed in these now consolidated matters. In support thereof, Plaintiffs state as follows:

On March 15, 2024, the Special Master issued his Reports and Recommendations on behalf of Plaintiffs in the *Baxter v Iran* and *Baxter v Syria* matters. ("First Set of Report and Recommendations"). (DE 56-72). On March 20, 2024, he issued his Report and Recommendations on behalf of Plaintiffs in the *Tratner v Iran* matter ("Second Set of Report and Recommendations.) (D.E. 30, 31). On March 21, 2024, he issued his Report and Recommendations on behalf of the final Tratner and Pam Plaintiffs in the *Baxter v Iran* and *Baxter v Syria* matters. ("Third Set of Report and Recommendations") (D.E. 73, 74). First Set of Report and Recommendations, Second Set of Report and Recommendations and Third Set of Report and Recommendations are collectively referred to herein as "Report and Recommendations."

Pursuant to the Court's Order assigning this matter to a Special Master for assessment of Plaintiffs' damages, (D.E. 42 in the *Baxter v Iran* and *Baxter v Syria* matters; D.E. 28 in *Tratner v Iran*), Plaintiffs have within 21 days to object to the Special Master's Report and Recommendations. Accordingly, with regards to the First Set of Report and Recommendations, Plaintiffs would have until April 5, 2024 to object, and as to the Second Set of Reports and Recommendations, Plaintiffs would have until April 10, 2024 to object, and as to the Third Set of Reports and Recommendations, Plaintiffs would have until April 11, 2024 to object.

Due to the number of Plaintiffs involved in these matters, the amount of evidence involved, including the fact that many of the Plaintiffs live overseas, including foreign language issues, the upcoming Jewish holiday of Passover, and the need to clarify certain findings with the experts with whom the Plaintiffs have consulted, additional time is needed to prepare the objections and corrections to the Special Master's Reports and Recommendations.

Accordingly, Plaintiffs request that they have until May 10, 2024, to submit all of their corrections and objections to the Special Master's Reports and Recommendations. With respect to

technical, ministerial or scrivener errors that Plaintiffs have identified in the Reports and Recommendations, Plaintiffs request that this Court permit Plaintiffs to direct their proposed corrections or errata clarifications to the Special Master so that he can address them directly and file amended reports with the Court as he may determine to be appropriate or as may be needed. As to all other objections, Plaintiffs request that the Court permit Plaintiffs to have the option of either filing all or some with the Court and/or to submit same to the Special Master for his direct consideration of same, as may be in the interest of judicial economy.

Accordingly, for the foregoing reasons, Plaintiffs request that they have until May 10, 2024 to submit and/or file their proposed corrections and/or objections to the Special Master's Reports and Recommendations docketed 56-74, in the *Baxter v. Syria* case, and docketed 30, 31, in the *Tratner v Iran* case.

A proposed Order is attached.

|  |  |
|---|---|
| March 29, 2024 | Respectfully Submitted, |
|  | HEIDEMAN NUDELMAN & KALIK, P.C. |
|  | 5335 Wisconsin Ave., Suite 440<br>Washington, DC 20015<br>Telephone:  202-463-1818<br>Telefax:  202-463-2999 |
|  | By:  /s/Richard D. Heideman<br>/s/ Tracy Reichman Kalik<br>Richard D. Heideman (No. 377462)<br>Noel J. Nudelman (No. 449969)<br>Tracy Reichman Kalik (No. 462055)<br>Joseph H. Tipograph (No.997533) |