UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAXTER, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 11-02133-RCL |
| ISLAMIC REPUBLIC OF IRAN, et al. | ) |
| Defendants. | ) |
| | ) Consolidated with |
| BAXTER, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 18-01078-RCL |
| SYRIAN ARAB REPUBLIC, et al. | ) |
| Defendants. | ) |
| | ) Consolidated with |
| TRATNER, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 18-02971-RCL |
| ISLAMIC REPUBLIC OF IRAN, et al. | ) |
| Defendants. | ) |

**STATUS REPORT**

In accordance with the Court's Minute Order of May 11, 2020 and Order of October 23, 2020 (ECF 50) for monthly status reports, in accordance with the Court's Order of April 4, 2024

1

(ECF 100) Plaintiffs will submit and/or file their Objections to the Special Master's Reports and Recommendations on or before May 10, 2024.

Dated: May 3, 2024        Respectfully Submitted,

                                       HEIDEMAN NUDELMAN & KALIK P.C.
5335 Wisconsin Avenue, Suite 440
Washington, DC  20015
Telephone: 202-463-1818
Telefax: 202-463-2999

By: /s/ *Tracy Reichman Kalik*
    Tracy Reichman Kalik (No. 462055)