UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAXTER, et al. | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 11-02133-RCL |
| ISLAMIC REPUBLIC OF IRAN, et al. | ) |
| Defendants. | ) |
| | ) Consolidated with |
| BAXTER, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 18-01078-RCL |
| SYRIAN ARAB REPUBLIC, et al. | ) |
| Defendants. | ) |
| | ) Consolidated with |
| TRATNER, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 18-02971-RCL |
| ISLAMIC REPUBLIC OF IRAN, et al. | ) |
| Defendants. | ) |

## **ORDER**

This matter having come before the Court on Plaintiff's Motion [ECF No. 110] to Substitute Parties For Deceased Plaintiffs, and this Court having been sufficiently advised, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED.** The Clerk of Court is directed to substitute Aaron Wolf as the Successor Personal Representative for Plaintiff, the Estate of Bryan Wolf and to substitute Philip

Schwartz, as Administrator for the Estate of Max Schwartz for the deceased Plaintiff Max Schwartz in the within actions.

**IT IS SO ORDERED.**

Date: 3 March, 2025

Royce C. Lamberth
United States District Judge