**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____ )
BAXTER, et al.                               )
                                             )
                     Plaintiffs,             )
                                             )
             v.                              )        Civil Action No. 11-02133-RCL
                                             )
ISLAMIC REPUBLIC OF IRAN, et al.             )
                                             )
                     Defendants.             )
_____ )        Consolidated with
                                             )
BAXTER, et al.                               )
                                             )
                     Plaintiffs,             )
                                             )
             v.                              )        Civil Action No. 18-01078-RCL
                                             )
SYRIAN ARAB REPUBLIC, et al.                 )
                                             )
                     Defendants.             )
_____ )
_____ )        Consolidated with
                                             )
TRATNER, et al.                              )
                                             )
                     Plaintiffs,             )
                                             )
             v.                              )        Civil Action No. 18-02971-RCL
                                             )
ISLAMIC REPUBLIC OF IRAN, et al.             )
                                             )
                     Defendants.             )
_____ )

### EXPEDITED MOTION TO ADOPT SPECIAL MASTER'S REPORTS AND RECOMMENDATIONS AND FOR ENTRY OF FINAL JUDGMENT

Pursuant to the Order of Reference (11-cv-02133 ECF No. 42), Plaintiffs now move the

Court expeditiously to adopt the Special Master's Reports and Recommendations (18-cv-01078-RCL ECF Nos. 56-74; 18-cv-02971-RCL ECF Nos. 30-31, 11-cv-02133, ECF Nos. 124-127[1] ) and enter, for all Plaintiffs and consistent with the Reports and Recommendations, a final judgment, jointly and severally, against all Defendants[2]—the Islamic Republic of Iran, the Iranian Ministry of Intelligence and Security, the Syrian Arab Republic and the Syrian Air Force Intelligence. Plaintiffs propose that any memorandum opinion which the Court may determine to file in support of the Court's Order can then follow entry of that final judgment.

This Motion is unfortunately urgent. On March 25, 2025, the Special Master overseeing the U.S. Victims of State Sponsored Terrorism Fund ("the Fund") recently announced the deadline for new applications of June 1, 2025, to be considered for a 2026 disbursement. This new deadline is shorter than any prior year since the Fund's existence and is earlier than any previous year. For Plaintiffs to be able to submit a valid claim to the Fund by June 1, they must, after final judgment is issued, take additional steps, including translating the final judgment, serving that judgment on Defendants, and completing the 17-page Fund application. The Fund has announced that it anticipates that at least two billion dollars will be available for distribution to claimants in the Fund who are eligible to receive distributions in the sixth round

---

[1] With Regards to Docket #127, on May 2, 2024 the Clerk of Court filed a deficiency notice requesting that the Special Master re-file his Response To Plaintiffs Request For Reconsideration of the Special Masters Report and Recommendation as it pertains to Plaintiff Nathan Pam, with a corrected docket number for the Response, The Response denies reconsideration of the recommendation he filed in the Pam Report (18-cv-01078-RCL D.E. 73).

[2] With Regards to Plaintiff Nethaniel Bluth, Plaintiff Bluth only seeks entry of a Default Judgment against the Syrian Arab Republic and the Syrian Air Force Intelligence. The Proposed Order attached reflects this request.

of distributions, expected to be made in early 2026, but only for those claimants who have filed applications by June 1, 2025, and whose claims have been approved. Because the Fund sunsets in 2039 and exhausts all available funds with each round of payments, additional payments beyond 2026 are not guaranteed.

Plaintiffs respectfully request the Court's expedited handling of this Motion.  The Special Master just recently completed all of the Reports and Recommendations and/or Reponses to requests for reconsideration recommending compensatory and punitive damages as referenced above. Plaintiffs do not have any objections and/or further objections to any of the Reports and Recommendations and/or Responses, and accordingly these matters are now ripe for the Court's expedited entry of a final and appealable order and judgment.

A proposed final and appealable order and judgment is attached.

Dated: May 5, 2025                          Respectfully submitted,

                                            HEIDEMAN NUDELMAN
                                            & KALIK, P.C.
                                            5335 Wisconsin Avenue, NWSuite 440
                                            Washington, DC 20015
                                            Telephone:  202-463-1818
                                            Telefax:  202-463-2999

                                            By: */s/ Tracy Reichman Kalik*
                                             Richard D. Heideman (No. 377462)
                                             Noel J. Nudelman (No. 449969)
                                             Tracy Reichman Kalik (No. 462055)