UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BAXTER, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 11-02133-RCL |
| ISLAMIC REPUBLIC OF IRAN, et al. | ) | |
| Defendants. | ) | |
| | ) | Consolidated with |
| BAXTER, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 18-01078-RCL |
| SYRIAN ARAB REPUBLIC, et al. | ) | |
| Defendants. | ) | |
| | ) | Consolidated with |
| TRATNER, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 18-02971-RCL |
| ISLAMIC REPUBLIC OF IRAN, et al. | ) | |
| Defendants. | ) | |

**STATUS REPORT**

In accordance with the Court's Minute Order of May 11, 2020 and Order of October 23, 2020 (ECF 50) for monthly status reports, Plaintiffs provide the following Status Report:

1

Since Plaintiffs' Status Report of April 7, 2025, the Special Master, Alan Balaran, has filed his Responses to Plaintiffs' Request for Reconsideration of Special Master's Reports and Recommendation. In addition, the Special Master has also filed his Report and Recommendation with regards to Plaintiff Nethaniel Bluth. Accordingly, all Reports and Recommendations are before the Court and this matter is ripe for the Court to issue its Order entering Judgment in accordance with the Reports and Recommendations of the Special Master.

Prior to filing this Status Report, Plaintiffs have filed an Expedited Motion to Adopt Special Master's Reports and Recommendation and for Entry of Final Judgment (D.E. 128). Plaintiffs request that the Court enter its judgment with the exigency that is now required given the upcoming deadline of June 1, 2025 that the U.S. Victims of State Sponsored Terrorism Fund has now announced.

Dated: May 5, 2025

Respectfully Submitted,

HEIDEMAN NUDELMAN & KALIK P.C.
5335 Wisconsin Avenue, Suite 440
Washington, DC  20015
Telephone:  202-463-1818
Telefax:  202-463-2999

By:   /s/ *Tracy Reichman Kalik*
       Tracy Reichman Kalik (No. 462055)