CO 226
Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

BAXTER, et al

_____
Plaintiff(s)

vs.

ISLAMIC REPUBLIC OF IRAN, et al

_____
Defendant(s)

Civil Action No.: 1:11-cv-02133

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Asaad al-Shaibani, Minister of Foreign Affairs
Syrian Arab Republic
Ministry of Foreign Affairs
Al-Rachid Street
Damascus, Syria

by: (check one)   ☐ registered mail, return receipt requested
                  ☑ DHL

pursuant to the provisions of: (check one)
                  ☐ FRCP 4(f)(2)(C)(ii)
                  ☑ 28 U.S.C. § 1608(a)(3)
                  ☐ 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): SYRIA, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Tracy Reichman Kalik
(Signature)

Tracy Reichman Kalik
Heideman Nudelman & Kalik, PC
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
(202) 463-1818

(Name and Address)